COUNSEL OF RECORD
LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: COMPRESSION LABS, INC. PATENT LITIGATION. | C 05-1654 PJH |
| | Honorable Phyllis J. Hamilton |
| | STIPULATION TO LIFT ALL STAYS FOR THE MULTIDISTRICT LITIGATION MATTERS. AND ORDER |

**STIPULATION TO LIFT ALL STAYS FOR THE MULTIDISTRICT LITIGATION MATTERS.**

WHEREAS, the following cases have been transferred to this Court pursuant to 28 U.S.C. § 1407, as set forth in the Multidistrict Litigation Panel Order dated February 16, 2005 or have been transferred on a conditional transfer order dated March 28, 2005 for pretrial purposes: *Compression Labs, Inc. v. Agfa Corp. et al.*, 2:04-CV-158-DF (E.D. Tex.) ("the *Agfa* case"); *Compression Labs, Inc. v. Dell Inc. et al.*, 2:04-CV-159-DF (E.D. Tex.) ("the *Dell* case"); *Compression Labs, Inc. v. Acer America Corp. et al.*, 2:04-CV-294-DF (E.D. Tex.) ("the *Acer* case"); *Compression Labs, Inc. v. Creo, Inc., et al.*, 2:04-CV-410-DF (E.D. Tex.) (the "*Creo* case"); *Agfa Corp. et al. v. Compression Labs, Inc., et al.*, C.A. No. 04-818 (SLR) (D. Del.); *Yahoo! Inc. v. Compression Labs, Inc., et al.*, C.A. No. 07-918 (SLR) (D. Del.); *Audiovox Corp. et al. v. Compression Labs, Inc. et al.*, C.A. No. 04-1293 (D. Del.); *Sun Microsystems, Inc. v. Compression Labs, Inc.*, Case No. 5:04-CV-3124 (PJH) (N.D. Cal.); and *Google Inc. v. Compression Labs, Inc. et al.*, Case No. 04-CV-3934 (CW) (N.D. Cal.) (collectively the "Multidistrict Litigation Matters");

WHEREAS, the parties to all Multidistrict Litigation Matters consolidated before this Court have agreed to have all cases proceed through pretrial proceedings simultaneously in these Multidistrict Litigation Proceedings; and

WHEREAS, the parties have agreed to lift any and all stays of action entered by the originating Courts in the Multidistrict Litigation Matters to permit all matters to move forward with discovery and pretrial proceedings;

NOW, THEREFORE, it is hereby stipulated by and between all parties that any and all stays of litigation entered by originating Courts for the Multidistrict Litigation Matters are lifted for the purposes of the Multidistrict Litigation before this Court.

IT IS SO STIPULATED:

| | | | |
|---|---|---|---|
| 1 | Dated: | June 29, 2005 | |
| 2 | | By | /s/ Eric W. Buether |
| 3 | | | Respectfully submitted on behalf of Compression Labs, Inc., Forgent Networks, Inc. and General Instrument, Inc. |
| 4 | | | |
| 5 | | | |
| 6 | | | /s/ David W. Hansen |
| 7 | | | Respectfully submitted on behalf of Sun Microsystems, Inc. |
| 8 | | | |
| 9 | | | /s/ Ryan M. Kent |
| 10 | | | Respectfully submitted on behalf of Google Inc. |
| 11 | | | |
| 12 | | | /s/ David B. Weaver |
| 13 | | | Respectfully submitted on behalf of BancTec, Inc. |
| 14 | | | /s/ Brian Range |
| 15 | | | Respectfully submitted on behalf of Scansoft, Inc. |
| 16 | | | |
| 17 | | | /s/ Adam Hoffman |
| 18 | | | Respectfully submitted on behalf of TiVo, Inc. |
| 19 | | | |
| 20 | | | /s/ Wes Mueller |
| 21 | | | Respectfully submitted on behalf of Agfa Corp. |
| 22 | | | |
| 23 | | | /s/ David B. Weaver |
| 24 | | | Respectfully submitted on behalf of Dell Inc. |
| 25 | | | |
| 26 | | | /s/ Darryl J. Adams |
| 27 | | | Respectfully submitted on behalf of Gateway, Inc. |
| 28 | | | |

/s/ Danny Williams
Respectfully submitted on behalf of Hewlett-Packard Co.

/s/ Morton Amster
Respectfully submitted on behalf of JVC Americas Corp.

/s/ Heather Mewes
Respectfully submitted on behalf of Macromedia, Inc.

/s/ Morton Amster
Respectfully submitted on behalf of Panasonic Corporation of North America, Panasonic Communications Corporation of America, and Panasonic Mobile Communications Development Corporation of U.S.A.

/s/ Donald R. Harris
Respectfully submitted on behalf of Mitsubishi Digital Electronics America, Inc.

/s/ Frederick H. Colen
Respectfully submitted on behalf of Oce North America, Inc.,

/s/ Mark D. Flanagan
Respectfully submitted on behalf of palmOne Inc.

/s/ Anthony C. Roth
Respectfully submitted on behalf of Ricoh Corp.

/s/ Peter E. Heuser
Respectfully submitted on behalf of Riverdeep, Inc.

| | |
|---|---|
| 1 | |
| 2 | /s/ Anthony C. Roth<br>Respectfully submitted on behalf of Savin Corp. |
| 3 | |
| 4 | /s/ Andrew Price<br>Respectfully submitted on behalf of Thomson, Inc. |
| 5 | |
| 6 | /s/ Mark C. Scarsi |
| 7 | Respectfully submitted on behalf of Apple Computer, Inc. |
| 8 | |
| 9 | /s/ Barry W. Graham<br>Respectfully submitted on behalf of Axis Comms., Inc. |
| 10 | |
| 11 | |
| 12 | /s/ Jack O'Brien<br>Respectfully submitted on behalf of Canon USA Inc |
| 13 | |
| 14 | /s/ Kenneth W. Donnelly |
| 15 | Respectfully submitted on behalf of Eastman Kodak Co. |
| 16 | |
| 17 | /s/ Steve Routh |
| 18 | Respectfully submitted on behalf of Fuji Photo Film USA |
| 19 | |
| 20 | /s/ Christopher E. Chalsen |
| 21 | Respectfully submitted on behalf of Fujitsu Computer Products of America, Inc. |
| 22 | |
| 23 | /s/ Keith R. Hummel |
| 24 | Respectfully submitted on behalf of International Business Machines Corp. |
| 25 | |
| 26 | /s/ Keith M. Sorge |
| 27 | Respectfully submitted on behalf of Jasc Software, Inc. |
| 28 | |

/s/ Denise M. DeMory
Respectfully submitted on behalf of Toshiba America Consumer Products, LLC, Toshiba America, Inc., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.

/s/ James P. Bradley
Respectfully submitted on behalf of Xerox Corporation

/s/ David W. Hansen
Respectfully submitted on behalf of Yahoo!, Inc.

/s/ Amr O. Aly
Respectfully submitted on behalf of Creo, Inc., Creo Americas Inc.

/s/ Lucas T. Elliot
Respectfully submitted on behalf of Acer America Corp.

/s/ Garner K. Weng
Respectfully submitted on behalf of BenQ America Corp.

/s/ Scott Lampert
Respectfully submitted on behalf of Concord Camera Corp.

/s/ Alan Blankenheimer
Respectfully submitted on behalf of Creative Labs, Inc.

/s/ Stuart Lubitz
Respectfully submitted on behalf of Kyocera Wireless Corp.

M:05-cv-01654-PJH
STIPULATION TO LIFT ALL STAYS FOR THE MULTIDISTRICT LITIGATION MATTERS         5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ Scott Stevens
Respectfully submitted on behalf of Onkyo U.S.A. Corp.



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

M:05-cv-01654-PJH
STIPULATION TO LIFT ALL STAYS FOR THE MULTIDISTRICT LITIGATION MATTERS                    6