United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   IN RE COMPRESSION LABS, INC.,              No. M 05-1654 MMC
     PATENT LITIGATION
12                                          /   **ORDER OF RECUSAL**

13

14         I, the undersigned Judge of the Court, finding myself disqualified in the above-

15   entitled Multidistrict Litigation, which consists of nine actions, hereby recuse myself from

16   this case, and request that the case be reassigned.  Because Multidistrict Litigation matters

17   are not assigned in the same manner as other cases, this matter is referred to the Chief

18   Judge for reassignment.

19         Any pending dates of motions and pretrial conferences are hereby vacated and are

20   to be reset by the newly assigned Judge.

21         **IT IS SO ORDERED.**

22

23   Dated:  August 10, 2005
                                          _____
24                                        MAXINE M. CHESNEY
                                          United States District Judge
25

26

27

28