1   HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
    GARNER K. WENG - 191462
2   SUSAN G. O'NEILL - 115133
    333 Market Street, 21st Floor
3   San Francisco, CA 94105-2173
    Telephone:   (415) 777-3200       **E-filed 9/2/05**
4   Facsimile:    (415) 541-9366
    gweng@hansonbridgett.com
5   soneill@hansonbridgett.com
    mmajestic@hansonbridgett.com
6
    Attorneys for Defendant
7   BENQ AMERICA CORP.

8             **UNITED STATES DISTRICT COURT**

9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  IN RE COMPRESSION LABS, INC.      MDL Action No. M-05-CV-01654 PJH
    PATENT LITIGATION
12

13  COMPRESSION LABS, INC.,        E.D. Texas Action No. 2:04-CV-294 DF

14          Plaintiff,

15       v.                 **SUBSTITUTION AND WITHDRAWAL OF COUNSEL**

16  ACER AMERICA CORPORATION, et
    al.,
17          Defendants.

18        PLEASE TAKE NOTICE that Defendant BENQ AMERICA CORP. hereby substitutes

19  and consents to the appearance of counsel with the law offices of Hanson, Bridgett, Marcus,

20  Vlahos & Rudy, LLP as its attorneys of record and to the withdrawal of the firm of Finnegan,

21  Henderson, Farabow, Garrett & Dunner, LLP from any further representation of BenQ America

22  Corp. in connection with the above-captioned matter.

23        All notices, correspondence, pleadings, applications, motions and other documents served

24  and filed in this case should be served on:

25            Garner K. Weng, Esq.  (gweng@hansonbridgett.com)
                Susan G. O'Neill, Esq.  (soneill@hansonbridgett.com)
26           Martin F. Majestic, Esq.  (mmajestic@hansonbridgett.com)
                Hanson, Bridgett, Marcus, Vlahos & Rudy
27           333 Market Street, Suite 2100
                San Francisco, CA 94105
28

                       - 1 -

Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Under Civil L.R. 11-5, and with the above-granted consent of BenQ America Corp.,

counsel with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP request an

Order permitting their withdrawal as counsel of record for BenQ America Corp.

DATED: May 11, 2005                         BENQ AMERICA CORP.

                                            By: _____
                                                             Defendant

I consent to the above substitution.

DATED: May _____, 2005                      FINNEGAN, HENDERSON, FARABOW,
                                            GARRETT & DUNNER, LLP

                                            By: _____
                                                    Elizabeth A. Neimeyer
                                                Former Attorneys for Defendants
                                                    BENQ AMERICA CORP.

I accept the above substitution.

DATED: May 11, 2005                         HANSON, BRIDGETT, MARCUS,
                                            VLAHOS & RUDY, LLP

                                            By: _____
                                                    Garner K. Weng
                                                 Attorneys for Defendant
                                                  BENQ AMERICA CORP.

This substitution of attorneys is hereby approved.

DATED: ____9/2____, 2005                     Jeremy Fogel

                                             /s/electronic signature authorized

                                            _____
                                            THE HON. PHYLLIS J. HAMILTON
                                            United Stated District Court Judge

- 2 -

SUBSTITUTION OF ATTORNEYS
(MDL ACTION NO. M: 05-CV-016554 PJH)                                    1186867.1

Telephone: (415) 777-3200
Facsimile: (415) 541-9366

Under Civil L.R. 11-5, and with the above-granted consent of BenQ America Corp., counsel with the law firm of Finnegan, Henderson, Farabow, Garrett & Dunner, LLP request an Order permitting their withdrawal as counsel of record for BenQ America Corp.

DATED: May _____, 2005                    BENQ AMERICA CORP.


                                          By:_____
                                                        Defendant


I consent to the above substitution.

DATED: May  //  , 2005                    FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, LLP


                                          By: _E. Niemeyer_____
                                                    Elizabeth A. Niemeyer
                                                  Former Attorneys for Defendants
                                                     BENQ AMERICA CORP.

I accept the above substitution.

DATED: May _____, 2005                    HANSON, BRIDGETT, MARCUS,
                                          VLAHOS & RUDY, LLP


                                          By:_____
                                                       Garner K. Weng
                                                  Attorneys for Defendant
                                                   BENQ AMERICA CORP.


This substitution of attorneys is hereby approved.

DATED: _____, 2005


                                          _____
                                          THE HON. PHYLLIS J. HAMILTON
                                          United Stated District Court Judge


                                    - 2 -

SUBSTITUTION OF ATTORNEYS
(MDL ACTION NO. M: 05-CV-016554 PJH)                            1186867.1