FILED

OCT 26 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

GODWIN GRUBER, LLP
MONTE M. BOND (*Pro Hac Vice*)
1201 Elm Street, Suite 1700
Dallas, Texas 74270-2084
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
E-mail: mbond@godwingruber.com

FUTTERMAN & DUPREE LLP
MICHAEL A. FUTTERMAN (110464)
JAMIE L. DUPREE (158105)
MARTIN H. DODD (104363)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
E-mail: mfutterman@dfdlaw.com
E-mail: jdupree@dfdlaw.com
E-mail: martin@dfdlaw.com

*Attorneys for Plaintiffs*
COMPRESSION LABS, INC. and
FORGENT NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | MDL ACTION NO. M:05-CV-01654 JF<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE: CLAIM CONSTRUCTION DEADLINES |

**STIPULATION TO MODIFY CLAIM CONSTRUCTION SCHEDULE**

WHEREAS at the case management conference held on October 3, 2005, the Court advanced all deadlines leading to the claim construction hearing by three weeks and kept the same claim construction hearing date of February 13, 2006;

WHEREAS a three-week advancement of all of the claim construction deadlines created some difficulties with the claim construction schedule;

NOW, THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree that the schedule leading to the Claim Construction Hearing shall be as follows:

| Event | Deadline |
|---|---|
| Preliminary Claim Construction and Extrinsic Evidence Under Pat. L. R. 4-2 | November 2, 2005 |
| Joint Claim Construction Statements Under Pat. L. R. 4-3 | December 1, 2005 |
| Close of Claim Construction Discovery | December 15, 2005 |
| Claim Construction Opening Brief | December 23, 2005 |
| Claim Construction Response Brief (one brief for all defendants) | January 30, 2006 |
| Claim Construction Reply Brief | February 6, 2006 |
| Claim Construction Hearing | February 13, 2006 9:00 a.m. |

Dated: October 25 2005

By _/s/ Jamie L. Dupree_
Jamie L. Dupree
On behalf of Compression Labs, Inc., Forgent Networks, Inc. and General Instrument, Inc.

/s/ David W. Hansen
On behalf of Sun Microsystems, Inc.

1

2    /s/ Ryan M. Kent
     On behalf of Google Inc.

3

4    /s/ David B. Weaver
     On behalf of BancTec, Inc.

5

6
     /s/ Brian Range
7    On behalf of Scansoft, Inc.

8

9    /s/ Adam Hoffman

10   On behalf of TiVo, Inc.

11

12   /s/ Wes Mueller
     On behalf of Agfa Corp.
13

14
     /s/ David B. Weaver
15   On behalf of Dell Inc.

16

17   /s/ Darryl J. Adams
     On behalf of Gateway, Inc.
18

19
     /s/ Danny Williams
20   On behalf of Hewlett-Packard Co.

21
     /s/ Morton Amster
22   On behalf of JVC Americas Corp.

23
     /s/ Heather Mewes
24   On behalf of Macromedia, Inc.

25

26   /s/ Morton Amster
     On behalf of Matsushita Electric Corp. of America
27

28
                                    3
FUTTERMAN &         STIPULATION AND [PROPOSED] ORDER RE CLAIM CONSTRUCTION DEADLINES
DUPREE LLP                                          MDL CASE NO. M:05-CV-01654 JF

/s/ Donald R. Harris
On behalf of Mitsubishi Digital Elecs. Am. Inc.

/s/ Frederick H. Colen
On behalf of Oce North America, Inc.

/s/ Mark D. Flanagan
On behalf of Palm, Inc.

/s/ Anthony C. Roth
On behalf of Ricoh Corp.

/s/ Peter E. Heuser
On behalf of Riverdeep, Inc.

/s/ Anthony C. Roth
On behalf of Savin Corp.

/s/ Andrew Price
On behalf of Thomson, Inc.

/s/ Mark C. Scarsi
On behalf of Apple Computer, Inc.

/s/ Jack O'Brien
On behalf of Canon USA Inc.

/s/ Kenneth W. Donnelly
On behalf of Eastman Kodak Co.

/s/ Steve Routh
On behalf of Fuji Photo Film USA

/s/ Christopher E. Chalsen
On behalf of Fujitsu Computer Products of America, Inc.

/s/ Keith R. Hummel
On behalf of International Business Machines Corp.

STIPULATION AND [PROPOSED] ORDER RE CLAIM CONSTRUCTION DEADLINES
MDL CASE NO. M:05-CV-01654 JF

FUTTERMAN &
DUPREE LLP

1  GODWIN GRUBER, LLP
   MONTE M. BOND (*Pro Hac Vice*)
2  1201 Elm Street, Suite 1700
   Dallas, Texas 74270-2084
3  Telephone: (214) 939-4400
   Facsimile: (214) 760-7332
4  E-mail: mbond@godwingruber.com

5  FUTTERMAN & DUPREE LLP
   MICHAEL A. FUTTERMAN (110464)
6  JAMIE L. DUPREE (158105)
   MARTIN H. DODD (104363)
7  160 Sansome Street, 17th Floor
   San Francisco, California 94104
8  Telephone: (415) 399-3840
   Facsimile: (415) 399-3838
9  E-mail: mfutterman@dfdlaw.com
   E-mail: jdupree@dfdlaw.com
10 E-mail: martin@dfdlaw.com

11 *Attorneys for Plaintiffs*
   COMPRESSION LABS, INC. and
12 FORGENT NETWORKS, INC.

FILED
OCT 26 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | MDL ACTION NO. M:05-CV-01654 JF<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CLAIM CONSTRUCTION DEADLINES** |

**STIPULATION TO MODIFY CLAIM CONSTRUCTION SCHEDULE**

WHEREAS at the case management conference held on October 3, 2005, the Court advanced all deadlines leading to the claim construction hearing by three weeks and kept the same claim construction hearing date of February 13, 2006;

WHEREAS a three-week advancement of all of the claim construction deadlines created some difficulties with the claim construction schedule;

NOW, THEREFORE, the parties, by and through their respective counsel, hereby stipulate and agree that the schedule leading to the Claim Construction Hearing shall be as follows:

| Event | Deadline |
|---|---|
| Preliminary Claim Construction and Extrinsic Evidence Under Pat. L. R. 4-2 | November 2, 2005 |
| Joint Claim Construction Statements Under Pat. L. R. 4-3 | December 1, 2005 |
| Close of Claim Construction Discovery | December 15, 2005 |
| Claim Construction Opening Brief | December 23, 2005 |
| Claim Construction Response Brief (one brief for all defendants) | January 30, 2006 |
| Claim Construction Reply Brief | February 6, 2006 |
| Claim Construction Hearing | February 13, 2006 9:00 a.m. |

Dated: October 25, 2005

By _/s/ Jamie L. Dupree_
Jamie L. Dupree
On behalf of Compression Labs, Inc., Forgent Networks, Inc. and General Instrument, Inc.

/s/ David W. Hansen
On behalf of Sun Microsystems, Inc.

| | |
|---|---|
| 1 | /s/ Ryan M. Kent |
| 2 | On behalf of Google Inc. |
| 3 | |
| 4 | /s/ David B. Weaver |
| | On behalf of BancTec, Inc. |
| 5 | |
| 6 | /s/ Brian Range |
| 7 | On behalf of Scansoft, Inc. |
| 8 | |
| 9 | /s/ Adam Hoffman |
| 10 | On behalf of TiVo, Inc. |
| 11 | |
| 12 | /s/ Wes Mueller |
| | On behalf of Agfa Corp. |
| 13 | |
| 14 | /s/ David B. Weaver |
| 15 | On behalf of Dell Inc. |
| 16 | |
| 17 | /s/ Darryl J. Adams |
| | On behalf of Gateway, Inc. |
| 18 | |
| 19 | /s/ Danny Williams |
| 20 | On behalf of Hewlett-Packard Co. |
| 21 | /s/ Morton Amster |
| 22 | On behalf of JVC Americas Corp. |
| 23 | /s/ Heather Mewes |
| 24 | On behalf of Macromedia, Inc. |
| 25 | |
| 26 | /s/ Morton Amster |
| | On behalf of Matsushita Electric Corp. of America |
| 27 | |
| 28 | 3 |

FUTTERMAN &
DUPREE LLP

STIPULATION AND [PROPOSED] ORDER RE CLAIM CONSTRUCTION DEADLINES
MDL CASE NO. M:05-CV-01654 JF

/s/ Donald R. Harris
On behalf of Mitsubishi Digital Elecs. Am. Inc.

/s/ Frederick H. Colen
On behalf of Oce North America, Inc.

/s/ Mark D. Flanagan
On behalf of Palm, Inc.

/s/ Anthony C. Roth
On behalf of Ricoh Corp.

/s/ Peter E. Heuser
On behalf of Riverdeep, Inc.

/s/ Anthony C. Roth
On behalf of Savin Corp.

/s/ Andrew Price
On behalf of Thomson, Inc.

/s/ Mark C. Scarsi
On behalf of Apple Computer, Inc.

/s/ Jack O'Brien
On behalf of Canon USA Inc.

/s/ Kenneth W. Donnelly
On behalf of Eastman Kodak Co.

/s/ Steve Routh
On behalf of Fuji Photo Film USA

/s/ Christopher E. Chalsen
On behalf of Fujitsu Computer Products of America, Inc.

/s/ Keith R. Hummel
On behalf of International Business Machines Corp.

/s/ Keith M. Sorge
On behalf of Jasc Software, Inc.


/s/ Denise M. DeMory
On behalf of Toshiba America Consumer Products, LLC, Toshiba America, Inc., Toshiba America Electronic Components, Inc., and Toshiba America Information Systems, Inc.


/s/ James P. Bradley
On behalf of Xerox Corporation


/s/ David W. Hansen
On behalf of Yahoo!, Inc.


/s/ Amr O. Aly
On behalf of Creo, Inc.,
Creo Americas Inc.


/s/ Lucas T. Elliot
On behalf of Acer America Corp.


/s/ Garner K. Weng
On behalf of BenQ America Corp.


/s/ H. G. Robert Fong
On behalf of Color Dreams, Inc.


/s/ Scott Lampert
On behalf of Concord Camera Corp.


/s/ Alan Blankenheimer
On behalf of Creative Labs, Inc.


/s/ Stuart Lubitz
On behalf of Kyocera Wireless Corp.


/s/ Scott Stevens
On behalf of Onkyo U.S.A. Corp.

/s/ Morton Amster
On behalf of Panasonic Comms. Corp., and Panasonic Mobile Comms. Development Corp. of U.S.A.

/s/ Douglas I. Lewis
On behalf of Microsoft Corporation

## ORDER

Good cause appearing therefore,

IT IS HEREBY ORDERED that the schedule of deadlines leading to the Claim Construction Hearing shall be as set forth in the above Stipulation.

Dated: __10-26__, 2005

By: _____
Jeremy Fogel
Judge of the United States District Court