ORIGINAL

E-filing
**12/9/05**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re Compression Labs, Inc.
Patent Litigation
          Plaintiff(s),

v.

          Defendant(s).

CASE NO. 04-CV-01654 JF

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Paul R. Juhasz, an active member in good standing of the bar of Texas, whose business address and telephone number is Williams, Morgan & Amerson, 333 Richmond Ste 1100, Houston TX 77042, 713-934-4058, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Hewlett-Packard Company,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 12-8-05

_____
United States District Judge