SUSMAN GODFREY LLP
STEPHEN D. SUSMAN (*Pro Hac Vice*)
MAX L. TRIBBLE, JR. (*Pro Hac Vice*)
TIBOR L. NAGY (*Pro Hac Vice*)
Susman Godfrey LLP
1000 Louisiana, Suite 5100
Houston, Texas 77002
Phone: (713) 653-7801
Fax: (713) 654-6670
email: ssusman@susmangodfrey.com

GODWIN GRUBER, LLP
MONTE M. BOND (*Pro Hac Vice*)
1201 Elm Street, Suite 1700
Dallas, Texas 74270-2084
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
E-mail: mbond@godwingruber.com

FUTTERMAN & DUPREE LLP
MICHAEL A. FUTTERMAN (110464)
JAMIE L. DUPREE (158105)
MARTIN H. DODD (104363)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Facsimile: (415) 399-3838
E-mail: martin@dfdlaw.com

*Attorneys for Plaintiffs*
COMPRESSION LABS, INC. and
FORGENT NETWORKS, INC.

\*\*E-filed 12/28/05\*\*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | MDL ACTION NO. M:05-CV-01654 JF<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: EXCEEDING PAGE LIMITS ON CLAIM CONSTRUCTION BRIEFS** |

**STIPULATION TO EXCEED PAGE LIMITS ON CLAIM CONSTRUCTION BRIEFS**

The parties, by and through their respective and/or liaison counsel, stipulate for an order permitting the parties to exceed the page limitations on claim construction briefs as follows.

1. The parties are currently engaged in briefing claims construction issues in this patent infringement matter.  Plaintiff's claim construction brief is due to be filed on Friday, December 23, 2005.

2. In preparing their papers, the parties have determined that the page limitations for briefs set forth in the Civil Local Rules are insufficient to permit the parties adequately to explain to the Court the underlying technology and its history and to brief the legal and factual issues at stake in connection with claims construction.

3. Accordingly, the parties hereby stipulate for an order that plaintiff's opening brief and defendants' joint responsive brief shall not exceed 50 pages and plaintiff's reply brief shall not exceed 20 pages.

Dated:   December 22, 2005

By   /s/  
Martin H. Dodd  
On behalf of Compression Labs, Inc., Forgent Networks, Inc. and General Instrument, Inc.

/s/  
David B. Weaver  
Liaison Counsel On behalf of all Defendants.

ORDER

Good cause appearing therefore,

IT IS HEREBY ORDERED that the briefs to be filed by the parties in connection with

1 claims construction proceedings will be subject to the page limitations set forth in the foregoing
2 stipulation of the parties.

3

4 Dated: ____12/28_____, 2005

5
                By: /s/electronic signature authorized
6                    Jeremy Fogel
                   Judge of the United States District Court