COUNSEL OF RECORD
LISTED ON SIGNATURE PAGE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | MDL ACTION NO. M:05-CV-01654 JF<br>Honorable Jeremy Fogel |
| THIS DOCUMENT RELATES TO:<br><br>*Compression Labs, Inc. v. Agfa Corporation, et. al.,* | **STIPULATON AND [~~PROPOSED~~] ORDER ALLOWING FILING OF SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**<br>E.D. Tex C.A. No. 2-04cv158 (Folsom) |

WHEREAS, plaintiff Compression Labs, Inc. ("CLI"), informed counsel for the Defendants in the matter styled *Compression Labs, Inc. v. Agfa Corporation, et al.*, C.A. No. 2-04-CV-158 (E.D. Tex.) (the "Agfa Action") that, pursuant to Fed. R. Civ. P. 15(a), it intended to seek leave to file the Second Amended and Supplemental Complaint in this action that is attached hereto as Exhibit A (the "Second Amended and Supplemental Complaint");

WHEREAS, Defendants have not yet answered CLI's First Amended Complaint in the Agfa action;

WHEREAS, Defendants have agreed to stipulate to the filing of the Second Amended and Supplemental Complaint in the Agfa Action, subject to the conditions set forth below;

WHEREAS, the parties have agreed that, by stipulating to the filing of the Second Amended and Supplemental Complaint, no party waives any argument as to whether any allegation of the Second Amended and Supplemental Complaint relates back to the filing date of the original Complaint or the First Amended Complaint in the Agfa Action;

WHEREAS, the parties have further agreed that no party need file any responsive

650061v1/009264

pleading until after the motions to dismiss and/or transfer previously filed by the parties have been resolved.

NOW, THEREFORE, CLI and Defendants, by and through their counsel, having stipulated and agreed as follows, IT IS HEREBY ORDERED THAT:

1.  The Second Amended and Supplemental Complaint attached hereto as Exhibit A may be filed and shall be deemed filed as of the date of this Order.

2.  By stipulating to the filing of CLI's Second Amended Complaint, no party waives any argument as to whether any allegation of the Second Amended Complaint relates back to the filing date of the original Complaint or the First Amended Complaint in the Agfa Action.

3.  Defendants need not respond to CLI's Second Amended Complaint at this time. Following the resolution of previously filed motions to dismiss or transfer, the parties are to agree upon an appropriate schedule for filing responsive pleadings.

Dated: ___1/5/06___, 2005

/s/electronic signature authorized
Hon. Jeremy Fogel
United States District Judge

Submitted by:

Dated:  December 22, 2005

SUSMAN GODFREY L.L.P.

By:_____
Stephen E. Morrissey

GODWIN GRUBER, LLP
MONTE M. BOND (*Pro Hac Vice*)
1201 Elm Street, Suite 1700
Dallas, Texas 74270-2084
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
E-mail: mbond@godwingruber.com

2

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

FUTTERMAN & DUPREE LLP
MICHAEL A. FUTTERMAN (110464)
JAMIE L. DUPREE (158105)
MARTIN H. DODD (104363)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Fax: (415) 399-3838
E-mail: mfutterman@dfdlaw.com
E-mail: jdupree@dfdlaw.com
E-mail: martin@dfdlaw.com

*Attorneys for Plaintiff*
COMPRESSION LABS, INC.


By:    *Robert T. Wittmann*
       H. Michael Hartmann
       Wesley O. Mueller
       Robert T. Wittmann
LEYDIG VOIT & MAYER
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
E-mail: mhartmann@leydig.com
E-mail: wmueller@leydig.com
E-mail: bwittmann@leydig.com
Telephone: (312) 616-5600
Fax: (312) 616-5700
*Attorneys for Defendant Agfa Corp*


By: _____
       George A. Riley
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
E-mail: griley@omm.com
Telephone: (213) 430-6000
Fax: (213) 430-6407
*Attorneys for Defendant Apple Computer, Inc.*


By: _____
       Brian L. Klock
FITZPATRICK, CELLA, HARPER & SCINTO
1900 K Street, NW
Washington, DC 20006-1110
E-mail: bklock@fchs.com
Telephone: (202) 530-1010
Fax: (202) 530-1055
Attorneys for Defendant Canon USA, Inc

3

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

FUTTERMAN & DUPREE LLP
MICHAEL A. FUTTERMAN (110464)
JAMIE L. DUPREE (158105)
MARTIN H. DODD (104363)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Fax: (415) 399-3838
E-mail: mfutterman@dfdlaw.com
E-mail: jdupree@dfdlaw.com
E-mail: martin@dfdlaw.com

*Attorneys for Plaintiff*
COMPRESSION LABS, INC.


By: _____
     H. Michael Hartmann
     Wesley O. Mueller
     Robert T. Wittmann
LEYDIG VOIT & MAYER
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
E-mail: mhartmann@leydig.com
E-mail: wmueller@leydig.com
E-mail: bwittmann@leydig.com
Telephone: (312) 616-5600
Fax: (312) 616-5700
*Attorneys for Defendant Agfa Corp*

By: *George A. Riley* / *with permission by MCD*
     George A. Riley
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
E-mail: griley@omm.com
Telephone: (213) 430-6000
Fax: (213) 430-6407
*Attorneys for Defendant Apple Computer, Inc.*


By: _____
     Brian L. Klock
FITZPATRICK, CELLA, HARPER & SCINTO
1900 K Street, NW
Washington, DC 20006-1110
E-mail: bklock@fchs.com
Telephone: (202) 530-1010
Fax: (202) 530-1055
Attorneys for Defendant Canon USA, Inc

3

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

FUTTERMAN & DUPREE LLP
MICHAEL A. FUTTERMAN (110464)
JAMIE L. DUPREE (158105)
MARTIN H. DODD (104363)
160 Sansome Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 399-3840
Fax: (415) 399-3838
E-mail: mfutterman@dfdlaw.com
E-mail: jdupree@dfdlaw.com
E-mail: martin@dfdlaw.com

*Attorneys for Plaintiff*
COMPRESSION LABS, INC.


By: _____
      H. Michael Hartmann
      Wesley O. Mueller
      Robert T. Wittmann
LEYDIG VOIT & MAYER
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
E-mail: mhartmann@leydig.com
E-mail: wmueller@leydig.com
E-mail: bwittmann@leydig.com
Telephone: (312) 616-5600
Fax: (312) 616-5700
*Attorneys for Defendant Agfa Corp*


By: _____
      George A. Riley
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
E-mail: griley@omm.com
Telephone: (213) 430-6000
Fax: (213) 430-6407
*Attorneys for Defendant Apple Computer, Inc.*


By: _____
      Brian L. Klock
FITZPATRICK, CELLA, HARPER & SCINTO
1900 K Street, NW
Washington, DC 20006-1110
E-mail: bklock@fchs.com
Telephone: (202) 530-1010
Fax: (202) 530-1055
Attorneys for Defendant Canon USA, Inc

3

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

1

By: _____
Alan Schutzman
Senior Vice President and General Counsel
Concord Camera Corp.
4000 Hollywood Blvd., Suite 650N
Hollywood, FL 33021
E-mail: alan_schutzman@concord-camera.com
Telephone: (954) 331-4285
Fax: (954) 989-4103
*Attorneys for Defendant Concord Camera Corp.*

2

3

4

5

6

7

By: _____
Robert T. Haslam
Michael Wickey
HELLER EHRMAN LLP
275 Middlefield Road,
Menlo Park, CA 94025-3506
E-mail: robert.haslam@hellerehrman.com
E-mail: michael.wickey@hellerehrman.com
Telephone: (650) 324-7000
Fax: (650) 324-0638
*Attorneys for Creative Labs, Inc.*

8

9

10

11

12

13

By: _____
Joseph P. Lavelle
Kenneth W. Donnelly
Vivian S. Kuo
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
E-mail: donnellyk@howrey.com
E-mail: kuov@howrey.com
Telephone: (202) 783-0800
Fax: (202) 383-6610
*Attorneys for Defendant Eastman Kodak Co.*

14

15

16

17

18

19

20

By: _____
Steven J. Routh
Sten A. Jensen
Sarah M. Berger
HOGAN & HARTSON LLP – Washington
555 Thirteenth Street, NW
Washington, DC 20004
E-mail: sjrouth@hhlaw.com
E-mail: ajensen@hhlaw.com
E-mail: smberger@hhlaw.com
Telephone: (202) 637-5600
Fax: (202) 637-5910
*Attorneys for Defendant Fuji Photo Film USA, Inc.*

21

22

23

24

25

26

27

28

4

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

1

By: _____
      Eric M. Albritton

2    Attorney at Law
     P.O. Box 2649

3    Longview, TX 75606
     E-mail: ema@emafirm.com

4    Telephone: (903) 757-8449
     Fax: (903) 758-7397

5    *Attorneys for Defendants Concord Camera Corp.*

6
     By: [signature]

7         Robert T. Haslam
          Michael Wickey

8    HELLER EHRMAN LLP
     275 Middlefield Road,

9    Menlo Park, CA 94025-3506
     E-mail: robert.haslam@hellerehrman.com

10   E-mail: michael.wickey@hellerehrman.com
     Telephone: (650) 324-7000

11   Fax: (650) 324-0638
     *Attorneys for Creative Labs, Inc.*

12

13   By: _____
          Joseph P. Lavelle

14        Kenneth W. Donnelly
          Vivian S. Kuo

15   HOWREY SIMON ARNOLD & WHITE LLP
     1299 Pennsylvania Avenue, NW

16   Washington, DC 20004-2402
     E-mail: donnellyk@howrey.com

17   E-mail: kuov@howrey.com
     Telephone: (202) 783-0800

18   Fax: (202) 383-6610
     *Attorneys for Defendant Eastman Kodak Co.*

19

20   By: _____
          Steven J. Routh

21        Sten A. Jensen
          Sarah M. Berger

22   HOGAN & HARTSON LLP – Washington
     555 Thirteenth Street, NW

23   Washington, DC 20004
     E-mail: sjrouth@hhlaw.com

24   E-mail: ajensen@hhlaw.com
     E-mail: smberger@hhlaw.com

25   Telephone: (202) 637-5600
     Fax: (202) 637-5910

26   *Attorneys for Defendant Fuji Photo Film USA, Inc.*

27

28                                    4
     _____
     SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
     650061v1/009264                    MDL NO. M:05-CV-01654 JF

By: _____
        Eric M. Albritton
Attorney at Law
P.O. Box 2649
Longview, TX 75606
E-mail: ema@emafirm.com
Telephone: (903) 757-8449
Fax: (903) 758-7397
*Attorneys for Defendants Concord Camera Corp.*


By: _____
        Robert T. Haslam
        Michael Wickey
HELLER EHRMAN LLP
275 Middlefield Road,
Menlo Park, CA 94025-3506
E-mail: robert.haslam@hellerehrman.com
E-mail: michael.wickey@hellerehrman.com
Telephone: (650) 324-7000
Fax: (650) 324-0638
*Attorneys for Creative Labs, Inc.*


By: _____
        Joseph P. Lavelle
        Kenneth W. Donnelly
        Vivian S. Kuo
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
E-mail: donnellyk@howrey.com
E-mail: kuov@howrey.com
Telephone: (202) 783-0800
Fax: (202) 383-6610
*Attorneys for Defendant Eastman Kodak Co.*


By: _____
        Steven J. Routh
        Sten A. Jensen
        Sarah M. Berger
HOGAN & HARTSON LLP – Washington
555 Thirteenth Street, NW
Washington, DC 20004
E-mail: sjrouth@hhlaw.com
E-mail: ajensen@hhlaw.com
E-mail: smberger@hhlaw.com
Telephone: (202) 637-5600
Fax: (202) 637-5910
*Attorneys for Defendant Fuji Photo Film USA, Inc.*

4

650061v1/009264

By: _____
        Eric M. Albritton
Attorney at Law
P.O. Box 2649
Longview, TX 75606
E-mail: ema@emafirm.com
Telephone: (903) 757-8449
Fax: (903) 758-7397
*Attorneys for Defendants Concord Camera Corp.*


By: _____
        Robert T. Haslam
        Michael Wickey
HELLER EHRMAN LLP
275 Middlefield Road,
Menlo Park, CA 94025-3506
E-mail: robert.haslam@hellerehrman.com
E-mail: michael.wickey@hellerehrman.com
Telephone: (650) 324-7000
Fax: (650) 324-0638
*Attorneys for Creative Labs, Inc.*


By: _____
        Joseph P. Lavelle
        Kenneth W. Donnelly
        Vivian S. Kuo
HOWREY SIMON ARNOLD & WHITE LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
E-mail: donnellyk@howrey.com
E-mail: kuov@howrey.com
Telephone: (202) 783-0800
Fax: (202) 383-6610
*Attorneys for Defendant Eastman Kodak Co.*


By: _____
        Steven J. Routh
        Sten A. Jensen
        Sarah M. Berger
HOGAN & HARTSON LLP – Washington
555 Thirteenth Street, NW
Washington, DC 20004
E-mail: sjrouth@hhlaw.com
E-mail: sajensen@hhlaw.com
E-mail: smberger@hhlaw.com
Telephone: (202) 637-5600
Fax: (202) 637-5910
*Attorneys for Defendant Fuji Photo Film USA, Inc.*

4

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

By: _____
Christopher E. Chalsen
Michael Martin Murray
MILBANK TWEED HADLEY & MCCOY LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
E-mail: cchalsen@milbank.com
E-mail: mmurray@milbank.com
Telephone: (212) 530-5000
Fax: (212) 530-5219
*Attorneys for Defendant Fujitsu Computer Products of America, Inc.*

By: _____
Darryl J. Adams
William Bryan Farney
DEWEY BALLANTINE LLP – Austin
401 Congress Avenue, Suite 3200
Austin, TX 78701-3788
E-mail: dadams@dbllp.com
E-mail: bfarney@dbllp.com
Telephone: (512) 226-0300
Fax: (512) 226-0333
*Attorneys for Defendant Gateway, Inc.*

By: _____
Danny L. Williams
Terry Morgan
Ruben S. Bains
Paul Juhasz
James A. Jorgensen
WILLIAMS MORGAN & AMERSON P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
E-mail: danny@wmalaw.com
E-mail: tmorgan@wmalaw.com
E-mail: rbains@wmalaw.com
E-mail: pjuhasz@wmalaw.com
E-mail: jjorgensen@wmalaw.com
Telephone: (713) 934-7000
Fax: (713) 934-7011

By: _____
Michael Holston
John F. Schultz
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com
Telephone: (215) 963-5000
Fax: (215) 963-5001

5

1

By: _____
Christopher E. Chalsen
Michael Martin Murray
MILBANK TWEED HADLEY & McCOY LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
E-mail: cchalsen@milbank.com
E-mail: mmurray@milbank.com
Telephone: (212) 530-5000
Fax: (212) 530-5219
*Attorneys for Defendant Fujitsu Computer Products of America, Inc.*

By: _____
Darryl J. Adams
William Bryan Farney
DEWEY BALLANTINE LLP – Austin
401 Congress Avenue, Suite 3200
Austin, TX 78701-3788
E-mail: dadams@dbllp.com
E-mail: bfarney@dbllp.com
Telephone: (512) 226-0300
Fax: (512) 226-0333
*Attorneys for Defendant Gateway, Inc.*

By: _____
Danny L. Williams
Terry Morgan
Ruben S. Bains
Paul Juhasz
James A. Jorgensen
WILLIAMS MORGAN & AMERSON P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
E-mail: danny@wmalaw.com
E-mail: tmorgan@wmalaw.com
E-mail: rbains@wmalaw.com
E-mail: pjuhasz@wmalaw.com
E-mail: jjorgensen@wmalaw.com
Telephone: (713) 934-7000
Fax: (713) 934-7011

By: _____
Michael Holston
John F. Schultz
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com
Telephone: (215) 963-5000
Fax: (215) 963-5001

5

By: _____
    Christopher E. Chalsen
    Michael Martin Murray
MILBANK TWEED HADLEY & McCOY LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
E-mail: cchalsen@milbank.com
E-mail: mmurray@milbank.com
Telephone: (212) 530-5000
Fax: (212) 530-5219
*Attorneys for Defendant Fujitsu Computer Products of America, Inc.*

By: _____
    Darryl J. Adams
    William Bryan Farney
DEWEY BALLANTINE LLP – Austin
401 Congress Avenue, Suite 3200
Austin, TX 78701-3788
E-mail: dadams@dbllp.com
E-mail: bfarney@dbllp.com
Telephone: (512) 226-0300
Fax: (512) 226-0333
*Attorneys for Defendant Gateway, Inc.*

By: _____
    Danny L. Williams
    Terry Morgan
    Ruben S. Bains
    Paul Juhasz
    James A. Jorgensen
WILLIAMS MORGAN & AMERSON P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
E-mail: danny@wmalaw.com
E-mail: tmorgan@wmalaw.com
E-mail: rbains@wmalaw.com
E-mail: pjuhasz@wmalaw.com
E-mail: jjorgensen@wmalaw.com
Telephone: (713) 934-7000
Fax: (713) 934-7011

By: _____
    Michael Holston
    John F. Schultz
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com
Telephone: (215) 963-5000
Fax: (215) 963-5001

5

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

By: _____
         Christopher E. Chalsen
         Michael Martin Murray
MILBANK TWEED HADLEY & McCOY LLP
1 Chase Manhattan Plaza
New York, NY 10005-1413
E-mail:  cchalsen@milbank.com
E-mail:  mmurray@milbank.com
Telephone:  (212) 530-5000
Fax:  (212) 530-5219
*Attorneys for Defendant Fujitsu Computer Products
of America, Inc.*

By: _____
         Darryl J. Adams
         William Bryan Farney
DEWEY BALLANTINE LLP – Austin
401 Congress Avenue, Suite 3200
Austin, TX 78701-3788
E-mail:  dadams@dbllp.com
E-mail:  bfarney@dbllp.com
Telephone:  (512) 226-0300
Fax:  (512) 226-0333
*Attorneys for Defendant Gateway, Inc.*

By: _____
         Danny L. Williams
         Terry Morgan
         Ruben S. Bains
         Paul Juhasz
         James A. Jorgensen
WILLIAMS MORGAN & AMERSON P.C.
10333 Richmond Avenue, Suite 1100
Houston, Texas 77042
E-mail:  danny@wmalaw.com
E-mail:  tmorgan@wmalaw.com
E-mail:  rbains@wmalaw.com
E-mail:  pjuhasz@wmalaw.com
E-mail:  jjorgensen@wmalaw.com
Telephone:  (713) 934-7000
Fax:  (713) 934-7011

By:  *Michael Holston by permission SM*
         Michael Holston
         John F. Schultz
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com
Telephone:  (215) 963-5000
Fax:  (215) 963-5001

5

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Defendant Hewlett-Packard Co.*

By: _____
        Keith M. Sorge
        Daniel W. McDonald
MERCHANT & GOULD
80 South Eighth Street, Suite 3200
Minneapolis, MN 55402
E-mail: ksorge@merchant-gould.com
E-mail: dmcdonald@merchant-gould.com
Telephone:  (612) 332-5300
Fax:  (612) 332-9081

*Attorneys for Defendant JASC Software, Inc. (acquired by Corel, Inc.)*

By: _____
        Morton Amster
        Kenneth Bernstein
        David A. Boag
        Joseph M. Casino
        Abraham Kasdan
        Michael Kasdan
        Richard Mandaro
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
E-mail: mamster@arelaw.com
E-mail: kbernstein@arelaw.com
E-mail: dboag@arelaw.com
E-mail: jcasino@arelaw.com
E-mail: akasdan@arelaw.com
E-mail: mkasdan@arelaw.com
E-mail: rmandaro@arelaw.com
Telephone:  (212) 336-8000
Fax: (212) 336-8001

*Attorneys for Defendants JVC Americas Corp. and Panasonic Corp. of North America*

By: _____
        Stuart Lubitz
        Robert J. Benson
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
E-mail:  slubitz@hhlaw.com
E-mail:  rjbenson@hhlaw.com
Telephone:  (310) 789-5100
Fax:  (310) 789-5400

6

650061v1/009264

*Attorneys for Defendant Hewlett-Packard Co.*

By: _____
        Keith M. Sorge
        Daniel W. McDonald
MERCHANT & GOULD
80 South Eighth Street, Suite 3200
Minneapolis, MN 55402
E-mail: ksorge@merchant-gould.com
E-mail: dmcdonald@merchant-gould.com
Telephone: (612) 332-5300
Fax: (612) 332-9081

*Attorneys for Defendant JASC Software, Inc. (acquired by Corel, Inc.)*

By: _____
        Morton Amster
        Kenneth Bernstein
        David A. Boag
        Joseph M. Casino
        Abraham Kasdan
        Michael Kasdan
        Richard Mandaro
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
E-mail: mamster@arelaw.com
E-mail: kbernstein@arelaw.com
E-mail: dboag@arelaw.com
E-mail: jcasino@arelaw.com
E-mail: akasdan@arelaw.com
E-mail: mkasdan@arelaw.com
E-mail: rmandaro@arelaw.com
Telephone: (212) 336-8000
Fax: (212) 336-8001

*Attorneys for Defendants JVC Americas Corp. and Panasonic Corp. of North America*

By: _____
        Stuart Lubitz
        Robert J. Benson
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
E-mail: slubitz@hhlaw.com
E-mail: rjbenson@hhlaw.com
Telephone: (310) 789-5100
Fax: (310) 789-5400

6

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

*Attorneys for Defendant Hewlett-Packard Co.*

By: _____
        Keith M. Sorge
        Daniel W. McDonald
MERCHANT & GOULD
80 South Eighth Street, Suite 3200
Minneapolis, MN 55402
E-mail: ksorge@merchant-gould.com
E-mail: dmcdonald@merchant-gould.com
Telephone: (612) 332-5300
Fax: (612) 332-9081
*Attorneys for Defendant JASC Software, Inc.
(acquired by Corel, Inc.)*

By: _____
        Morton Amster
        Kenneth Bernstein
        David A. Boag
        Joseph M. Casino
        Abraham Kasdan
        Michael Kasdan
        Richard Mandaro
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
E-mail: mamster@arelaw.com
E-mail: kbernstein@arelaw.com
E-mail: dboag@arelaw.com
E-mail: jcasino@arelaw.com
E-mail: akasdan@arelaw.com
E-mail: mkasdan@arelaw.com
E-mail: rmandaro@arelaw.com
Telephone: (212) 336-8000
Fax: (212) 336-8001
*Attorneys for Defendants JVC Americas Corp. and
Panasonic Corp. of North America*

By: _____
        Stuart Lubitz
        Robert J. Benson
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
E-mail: slubitz@hhlaw.com
E-mail: rjbenson@hhlaw.com
Telephone: (310) 789-5100
Fax: (310) 789-5400

6

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Defendant Kyocera Wireless Corp.*

By: _____

     Donald R. Harris
     Terrence J. Truax
JENNER & BLOCK - Chicago
One IBM Plaza
Chicago, IL 60611-7603
E-mail: dharris@jenner.com
E-mail: ttruax@jenner.com
Telephone: (312) 222-9350
Fax: (312) 527-0484

By: _____

     John W. Kozak
     Steven P. Peterson
LEYDIG VOIT & MAYER
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
E-mail: jkozak@leydig.com
E-mail: spetersen@leydig.com
Telephone: (312) 616-5600
Fax: (312) 616-5700

*Attorneys for Defendant Mitsubishi Digital
Electronics America, Inc.*

By: _____

     Joshua S. Bish
     Frederick H. Colen
     Barry J. Coyne
REED SMITH LLP – Pittsburgh
435 Sixth Avenue
Pittsburgh, PA 15219
E-mail: jbish@reedsmith.com
E-mail: fcolen@reedsmith.com
E-mail: bcoyne@reedsmith.com
Telephone: (412) 288-3131
Fax: (412) 288-3063
*Attorneys for Defendant Oce North America, Inc.*

By: _____

     Mark D. Flanagan
     S. Michael Song
     Bart E. Volkmer
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
E-mail: mflanagan@wsgr.com
E-mail: msong@wsgr.com

7

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Attorneys for Defendant Kyocera Wireless Corp.*

By: _____
      Donald R. Harris
      Terrence J. Truax
JENNER & BLOCK - Chicago
One IBM Plaza
Chicago, IL 60611-7603
E-mail:  dharris@jenner.com
E-mail:  ttruax@jenner.com
Telephone:  (312) 222-9350
Fax:  (312) 527-0484

By: _____
      John W. Kozak
      Steven P. Peterson
LEYDIG VOIT & MAYER
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
E-mail: jkozak@leydig.com
E-mail: spetersen@leydig.com
Telephone: (312) 616-5600
Fax: (312) 616-5700

*Attorneys for Defendant Mitsubishi Digital
Electronics America, Inc.*

By: _____
      Joshua S. Bish
      Frederick H. Colen
      Barry J. Coyne
REED SMITH LLP – Pittsburgh
435 Sixth Avenue
Pittsburgh, PA 15219
E-mail: jbish@reedsmith.com
E-mail: fcolen@reedsmith.com
E-mail: bcoyne@reedsmith.com
Telephone: (412) 288-3131
Fax: (412) 288-3063
*Attorneys for Defendant Oce North America, Inc.*

By: _____
      Mark D. Flanagan
      S. Michael Song
      Bart E. Volkmer
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304-1050
E-mail: mflanagan@wsgr.com
E-mail: msong@wsgr.com

7

650061v1/009264

1

2

*Attorneys for Defendant Kyocera Wireless Corp.*

3

By: _____

Donald R. Harris

4

Terrence J. Truax

JENNER & BLOCK - Chicago

5

One IBM Plaza

Chicago, IL 60611-7603

6

E-mail:  dharris@jenner.com

E-mail:  ttruax@jenner.com

7

Telephone:  (312) 222-9350

Fax:  (312) 527-0484

8

By: _____

9

John W. Kozak

Steven P. Peterson

10

LEYDIG VOIT & MAYER

Two Prudential Plaza, Suite 4900

11

Chicago, IL 60601-6780

E-mail: jkozak@leydig.com

12

E-mail: spetersen@leydig.com

Telephone:  (312) 616-5600

13

Fax: (312) 616-5700

14

*Attorneys for Defendant Mitsubishi Digital Electronics America, Inc.*

15

16

By: _____

Joshua S. Bish

17

Frederick H. Colen

Barry J. Coyne

18

REED SMITH LLP – Pittsburgh

435 Sixth Avenue

19

Pittsburgh, PA 15219

E-mail: jbish@reedsmith.com

20

E-mail: fcolen@reedsmith.com

E-mail: bcoyne@reedsmith.com

21

Telephone:  (412) 288-3131

Fax:  (412) 288-3063

22

*Attorneys for Defendant Oce North America, Inc.*

23

By: _____

24

Mark D. Flanagan

S. Michael Song

Bart E. Volkmer

25

WILSON SONSINI GOODRICH & ROSATI

650 Page Mill Road

26

Palo Alto, CA 94304-1050

E-mail: mflanagan@wsgr.com

27

E-mail: msong@wsgr.com

28

7

650061v1/009264

E-mail: bvolkmer@wsgr.com
Telephone: (650) 493-9300
Fax: (650) 493-6811
*Attorneys for Defendant palmOne, Inc.*

By: _____
David C. Bohrer
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 700
Two Palo Alto Square
Palo Alto, CA 94306
E-mail: dbohrer@morganlewis.com
Telephone: (650) 843-4000
Fax: (650) 843-4001
*Attorneys for Defendants Ricoh Corp. & Savin Corp.*

By: _____
Peter E. Heuser
KOLISCH HARTWELL PC
520 S.W. Yamhill Street, Suite 200
Portland, OR 97204
E-mail: heuser@khpatent.com
Telephone: (503) 224-6655
Fax: (503) 295-6679
*Attorneys for Defendant Riverdeep, Inc. d/b/a Broderbund*

By: _____
Edmund Lee Haag
Andrew Paul Price
FULBRIGHT & JAWORSKI LLP – Houston
1301 McKinney, Suite 5100
Houston, TX 77010
E-mail: lhaag@fulbright.com
E-mail: aprice@fulbright.com
Telephone: (713) 651-5473
Fax: (713) 651-5246
*Attorneys for Defendant Thomson, Inc.*

By: _____
James Patrick Bradley
William O. Fifield
Scott Wayne Hejny
Thomas N. Tarnay
SIDLEY AUSTIN BROWN & WOOD LLP
717 N. Harwood, Suite 3400
Dallas, TX 75201
E-mail: jbradley@sidley.com
E-mail: wfifield@sidley.com

8

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

E-mail: bvolkmer@wsgr.com
Telephone: (650) 493-9300
Fax: (650) 493-6811
*Attorneys for Defendant palmOne, Inc.*

By: _____
      David C. Bohrer
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 700
Two Palo Alto Square
Palo Alto, CA 94306
E-mail: dbohrer@morganlewis.com
Telephone: (650) 843-4000
Fax: (650) 843-4001
*Attorneys for Defendants Ricoh Corp. & Savin Corp.*

By: _____
      Peter E. Heuser
KOLISCH HARTWELL PC
520 S.W. Yamhill Street, Suite 200
Portland, OR 97204
E-mail: heuser@khpatent.com
Telephone: (503) 224-6655
Fax: (503) 295-6679
*Attorneys for Defendant Riverdeep, Inc. d/b/a Broderbund*

By: _____
      Edmund Lee Haag
      Andrew Paul Price
FULBRIGHT & JAWORSKI LLP – Houston
1301 McKinney, Suite 5100
Houston, TX 77010
E-mail: lhaag@fulbright.com
E-mail: aprice@fulbright.com
Telephone: (713) 651-5473
Fax: (713) 651-5246
*Attorneys for Defendant Thomson, Inc.*

By: _____
      James Patrick Bradley
      William O. Fifield
      Scott Wayne Hejny
      Thomas N. Tarnay
SIDLEY AUSTIN BROWN & WOOD LLP
717 N. Harwood, Suite 3400
Dallas, TX 75201
E-mail: jbradley@sidley.com
E-mail: wfifield@sidley.com

8

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

E-mail: bvolkmer@wsgr.com
Telephone: (650) 493-9300
Fax: (650) 493-6811
*Attorneys for Defendant palmOne, Inc.*

By: _____
        David C. Bohrer
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 700
Two Palo Alto Square
Palo Alto, CA 94306
E-mail: dbohrer@morganlewis.com
Telephone: (650) 843-4000
Fax: (650) 843-4001
*Attorneys for Defendants Ricoh Corp. & Savin Corp.*

By: _____
        Peter E. Heuser
KOLISCH HARTWELL PC
520 S.W. Yamhill Street, Suite 200
Portland, OR 97204
E-mail: heuser@khpatent.com
Telephone: (503) 224-6655
Fax: (503) 295-6679
*Attorneys for Defendant Riverdeep, Inc. d/b/a Broderbund*

By: _____
        Edmund Lee Haag
        Andrew Paul Price
FULBRIGHT & JAWORSKI LLP – Houston
1301 McKinney, Suite 5100
Houston, TX 77010
E-mail: lhaag@fulbright.com
E-mail: aprice@fulbright.com
Telephone: (713) 651-5473
Fax: (713) 651-5246
*Attorneys for Defendant Thomson, Inc.*

By: _____
        James Patrick Bradley
        William O. Fifield
        Scott Wayne Hejny
        Thomas N. Tarnay
SIDLEY AUSTIN BROWN & WOOD LLP
717 N. Harwood, Suite 3400
Dallas, TX 75201
E-mail: jbradley@sidley.com
E-mail: wfifield@sidley.com

8

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

E-mail: bvolkmer@wsgr.com
Telephone: (650) 493-9300
Fax: (650) 493-6811
*Attorneys for Defendant palmOne, Inc.*

By: _____
        David C. Bohrer
MORGAN, LEWIS & BOCKIUS LLP
3000 El Camino Real, Suite 700
Two Palo Alto Square
Palo Alto, CA 94306
E-mail: dbohrer@morganlewis.com
Telephone: (650) 843-4000
Fax: (650) 843-4001
*Attorneys for Defendants Ricoh Corp. & Savin Corp.*

By: _____
        Peter E. Heuser
KOLISCH HARTWELL PC
520 S.W. Yamhill Street, Suite 200
Portland, OR 97204
E-mail: heuser@khpatent.com
Telephone: (503) 224-6655
Fax: (503) 295-6679
*Attorneys for Defendant Riverdeep, Inc. d/b/a Broderbund*

By: _____
        Edmund Lee Haag
        Andrew Paul Price
FULBRIGHT & JAWORSKI LLP – Houston
1301 McKinney, Suite 5100
Houston, TX 77010
E-mail: lhaag@fulbright.com
E-mail: aprice@fulbright.com
Telephone: (713) 651-5473
Fax: (713) 651-5246
*Attorneys for Defendant Thomson, Inc.*

By: _____
        James Patrick Bradley
        William O. Fifield
        Scott Wayne Hejny
        Thomas N. Tarnay
SIDLEY AUSTIN BROWN & WOOD LLP
717 N. Harwood, Suite 3400
Dallas, TX 75201
E-mail: jbradley@sidley.com
E-mail: wfifield@sidley.com

8

SECOND AMENDED AND SUPPLEMENTAL COMPLAINT
MDL NO. M:05-CV-01654 JF

650061v1/009264

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

E-mail: shejny@sidley.com
E-mail: ttarnay@sidley.com
Telephone: (214) 981-3300
Fax: (214) 981-3400
*Attorneys for Defendant Xerox Corp.*

650061v1/009264

## **PROOF OF SERVICE**

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

On December 22, 2005, I served the foregoing document(s) described as follows:

**SECOND AMENDED AND SUPPLEMENTAL COMPLAINT**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

_____ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____ BY TELECOPIER
I served by facsimile as indicated on the attached service list.

_XX_ BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on December 22, 2005, at Los Angeles, California

_XX_ (State)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Helen Danielson
(Type or Print Name)                              (Signature)

1

## SERVICE LIST

2
3
4
5
6
7
8

*Attorneys for Defendant Acer America Corp.*
Paul E. Krieger*
Lucas Thomas Elliot
**FULBRIGHT & JAWORSKI LLP** – Houston
1301 McKinney, Suite 5100
Houston, TX 77010-3095
E-mail: pkrieger@fulbright.com
E-mail: lelliott@fulbright.com
Telephone: (713) 651-5473
**Fax: (713) 651-5246**

9
10
11
12
13
14
15

*Attorneys for Defendant Agfa Corp.*
H. Michael Hartmann
Wesley O. Mueller
Robert T. Wittmann
**LEYDIG VOIT & MAYER**
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
E-mail: mhartmann@leydig.com
E-mail: wmueller@leydig.com
E-mail: bwittmann@leydig.com
Telephone: (312) 616-5600
**Fax: (312) 616-5700**

16
17
18
19
20
21
22

*Attorneys for Defendant Apple Computer, Inc.*
George A. Riley
**O'MELVENY & MYERS LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
E-mail: griley@omm.com
Telephone: (213) 430-6000
**Fax: (213) 430-6407**

23
24
25
26

*Attorneys for Defendant Audiovox Communications Corp.*
D. Joseph English
**DUANE MORRIS LLP**
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608

*Attorneys for Defendants BancTec, Inc. & Dell, Inc.*
Brian K. Buss*
Willem G. Schuurman
David B. Weaver
H. Kenneth Prol
**VINSON & ELKINS LLP**
2801 Via Fortuna, Suite 100
Austin, TX 78746
E-mail: bbuss@velaw.com
E-mail: bschuurman@velaw.com
E-mail: dweaver@velaw.com
E-mail:kprol@velaw.com
Telephone: (512) 542-8400
**Fax: (512) 542-8612**

*Attorneys for Defendant BenQ America Corp.*
Garner K. Weng
Susan G. O'Neill
Martin F. Majestic
**HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP**
333 Market Street, Suite 2100
San Francisco, CA 94105
E-mail: gweng@hansonbridgett.com
E-mail: soneill@hansonbridgett.com
E-mail: mmajestic@hansonbridgett.com
Telephone: (415) 777-3200
**Fax: (415) 541-9366**

*Attorneys for Defendant Canon USA, Inc.*
Brian L. Klock*
**FITZPATRICK, CELLA, HARPER & SCINTO**
1900 K Street, NW
Washington, DC 20006-1110
E-mail: bklock@fchs.com
Telephone: (202) 530-1010
**Fax: (202) 530-1055**

27
28

1

*Attorneys for Defendants Concord Camera Corp.*
Eric Miller Albritton
Attorney at Law
P.O. Box 2649
Longview, TX 75606
E-mail:  ema@emafirm.com
Telephone:  (903) 757-8449
**Fax:  (903) 758-7397**

*Attorneys for Creative Labs, Inc.*
Robert T. Haslam
Michael Wickey
**HELLER EHRMAN LLP**
275 Middlefield Road,
Menlo Park, CA 94025-3506
E-mail:  robert.haslam@hellerehrman.com
E-mail:  michael.wickey@hellerehrman.com
Telephone:  (650) 324-7000
**Fax:  (650) 324-0638**

*Attorneys for Defendants Creo Americas, Inc.; and Creo Inc.*
Amr O. Aly*
John M. Hintz
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, New York 10022
E-mail:  amr.aly@wilmerhale.com
E-mail:  john.hintz@wilmerhale.com
Telephone:  (212) 230-8800
**Fax:  (212) 230-8888**

*Attorneys for Defendant Eastman Kodak Co.*
Joseph P. Lavelle
Kenneth W. Donnelly
Vivian S. Kuo
**HOWREY SIMON ARNOLD & WHITE LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
E-mail:  donnellyk@howrey.com
E-mail:  kuov@howrey.com
Telephone: (202) 783-0800
**Fax:  (202) 383-6610**

*Attorney for Defendant Fuji Photo Film USA, Inc.*
Steven J. Routh*
Sten A. Jensen
Sarah M. Berger
**HOGAN & HARTSON LLP** – Washington
555 Thirteenth Street, NW
Washington, DC 20004
E-mail:  sjrouth@hhlaw.com
E-mail:  sajensen@hhlaw.com
E-mail:  smberger@hhlaw.com
Telephone: (202) 637-5600
**Fax: (202) 637-5910**

*Attorneys for Defendant Fujitsu Computer Products of America, Inc.*
Christopher E. Chalsen*
Michael Martin Murray
**MILBANK TWEED HADLEY & McCOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005-1413
E-mail:  cchalsen@milbank.com
E-mail:  mmurray@milbank.com
Telephone: (212) 530-5000
**Fax:  (212) 530-5219**

*Attorneys for Defendant Gateway, Inc.*
Darryl J. Adams
William Bryan Farney
**DEWEY BALLANTINE LLP** – Austin
401 Congress Avenue, Suite 3200
Austin, TX 78701-3788
E-mail:  dadams@dbllp.com
E-mail:  bfarney@dbllp.com
Telephone: (512) 226-0300
**Fax:  (512) 226-0333**

*Attorneys for Defendant Google, Inc.*
Ryan Marshall Kent*
Daralyn J. Durie
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111-1704
E-mail:  rmk@kvn.com
Telephone: (415) 391-5400
**Fax:  (415) 397-7188**

2

1

*Attorneys for Defendant Hewlett-Packard Co.*

2
Danny L. Williams

3
Terry Morgan
Ruben S. Bains

4
Paul Juhasz
James A. Jorgensen

5
WILLIAMS, MORGAN & AMERSON, P.C.
10333 Richmond Ave., Suite 1100

6
Houston, Texas 77042
E-mail:  danny@wmalaw.com

7
E-mail:  tmorgan@wmalaw.com

8
E-mail:  rbains@wmalaw.com
E-mail:  pjuhasz@wmalaw.com

9
E-mail:  jjorgensen@wmalaw.com
Telephone:  (713) 934-7000

10
**Fax:  (713) 934-7011**

11
Michael Holston*

12
John F. Schultz
MORGAN LEWIS & BOCKIUS LLP

13
1701 Market Street
Philadelphia, PA 19103

14
E-mail: mholston@morganlewis.com
E-mail: john.schultz@morganlewis.com

15
Telephone:  (215) 963-5000

16
**Fax:  (215) 963-5001**

17
*Attorneys for Defendant IBM Corp.*
Lawrence E. Buterman*

18
Keith R. Hummell

19
CRAVATH SWAINE & MOORE
825 Eighth Avenue

20
New York, NY 10019-7475
E-mail: lbuterman@cravath.com

21
E-mail: khummel@cravath.com
Telephone:  (212) 474-1000

22
**Fax:  (212) 474-3700**

23

24

25

26

27

28

*Attorneys for Defendant JASC Software, Inc. (acquired by Corel, Inc.)*
Keith M. Sorge*
Daniel W. McDonald
MERCHANT & GOULD
80 South Eighth Street, Suite 3200
Minneapolis, MN 55402
E-mail: ksorge@merchant-gould.com
E-mail: dmcdonald@merchant-gould.com
Telephone:  (612) 332-5300
**Fax:  (612) 332-9081**

*Attorneys for Defendants JVC Americas Corp. and Panasonic Corp. of North America*
Morton Amster*
Kenneth Bernstein
David A. Boag
Joseph M. Casino
Abraham Kasdan
Michael Kasdan
Richard Mandaro
AMSTER ROTHSTEIN & EBENSTEIN LLP
90 Park Avenue
New York, NY 10016
E-mail: mamster@arelaw.com
E-mail: kbernstein@arelaw.com
E-mail: dboag@arelaw.com
E-mail: jcasino@arelaw.com
E-mail: akasdan@arelaw.com
E-mail: mkasdan@arelaw.com
E-mail: rmandaro@arelaw.com
Telephone:  (212) 336-8000
**Fax: (212) 336-8001**

*Attorneys for Defendant Kyocera Wireless Corp.*
Stuart Lubitz
Robert J. Benson
HOGAN & HARTSON LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
E-mail:  slubitz@hhlaw.com
E-mail:  rjbenson@hhlaw.com
Telephone:  (310) 789-5100
**Fax:  (310) 789-5400**

3

*Attorneys for Defendant Mitsubishi Digital*
*Electronics America, Inc.*
Donald R. Harris
Terrence J. Truax
**JENNER & BLOCK** - Chicago
One IBM Plaza
Chicago, IL 60611-7603
E-mail: dharris@jenner.com
E-mail: ttruax@jenner.com
Telephone: (312) 222-9350
**Fax: (312) 527-0484**

John W. Kozak
Steven P. Peterson
**LEYDIG VOIT & MAYER**
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
E-mail: jkozak@leydig.com
E-mail: spetersen@leydig.com
Telephone: (312) 616-5600
**Fax: (312) 616-5700**

*Attorneys for Defendant Oce North*
*America, Inc.*
Joshua S. Bish
Frederick H. Colen
Barry J. Coyne
**REED SMITH LLP** – Pittsburgh
435 Sixth Avenue
Pittsburgh, PA 15219
E-mail: jbish@reedsmith.com
E-mail: fcolen@reedsmith.com
E-mail: bcoyne@reedsmith.com
Telephone: (412) 288-3131
**Fax: (412) 288-3063**

*Attorneys for Defendant Palm, Inc.*
Mark D. Flanagan
S. Michael Song
Bart E. Volkmer
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304-1050
E-mail: mflanagan@wsgr.com
E-mail: msong@wsgr.com
E-mail: bvolkmer@wsgr.com
Telephone: (650) 493-9300

Fax: (650) 493-6811

*Attorneys for Defendant Ricoh Corp.*
David C. Bohrer*
**MORGAN, LEWIS & BOCKIUS LLP**
3000 El Camino Real, Suite 700
Two Palo Alto Square
Palo Alto, CA 94306
E-mail: dbohrer@morganlewis.com
Telephone: (650) 843-4000
**Fax: (650) 843-4001**

*Attorneys for Defendant Riverdeep, Inc.*
*d/b/a Broderbund*
Peter E. Heuser
**KOLISCH HARTWELL PC**
520 S.W. Yamhill Street, Suite 200
Portland, OR 97204
E-mail: heuser@khpatent.com
Telephone: (503) 224-6655
**Fax: (503) 295-6679**

*Attorneys for Defendant ScanSoft, Inc.*
Marvin Craig Tyler
Brian D. Range
**WILSON SONSINI GOODRICH & ROSATI**
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759-8497
E-mail: ctyler@wsgr.com
E-mail: brange@wsgr.com
Telephone: (512) 338-5400
**Fax: (512) 338-5499**

*Attorneys    for    Defendants    Sun*
*Microsystems, Inc. & Yahoo!, Inc.*
David W. Hansen*
Donna Hill
**SKADDEN ARPS SLATE MEAGHER**
**& FLOM LLP**
525 University Avenue, Suite 1100
Palo Alto, CA 94301
E-mail: dhansen@skadden.com
E-mail: thu@skadden.com
Telephone: (650) 470-4500
**Fax: (650) 470-4570**

4

1

*Attorneys for Defendant Thomson, Inc.*
Edmund Lee Haag
2
Andrew Paul Price
**FULBRIGHT & JAWORSKI LLP** – Houston
3
1301 McKinney, Suite 5100
Houston, TX 77010
4
E-mail:  lhaag@fulbright.com
E-mail:  aprice@fulbright.com
5
Telephone:  (713) 651-5473
**Fax:  (713) 651-5246**
6

7
*Attorneys for Defendant TiVo, Inc.*
Adam S. Hoffman*
8
Perry M. Goldberg
**IRELL & MANELLA LLP**
9
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
10
E-mail:  ahoffman@irell.com
E-mail:  pgoldberg@irell.com
11
Telephone:  (310) 277-1010
**Fax:  (310) 203-7199**
12

13
*Attorneys for Defendants Toshiba America*
*Consumer Products, Inc., Toshiba America*
14
*Electronic   Components,   Inc.,   Toshiba*
*America,   Inc.   &   Toshiba   America*
15
*Information Systems, Inc.*
Harry Lee Gillam, Jr.
16
**GILLAM & SMITH LLP**
110 South Bolivar, Suite 204
17
Marshall, TX 75670
E-mail:  gil@gilliamsmithlaw.com
18
Telephone:  (903) 934-8450
**Fax:  (903) 934-9257**
19

20
*Attorneys for Defendant Toshiba America,*
*Inc.*
21
Henry Charles Bunsow
22
Denise M. DeMory
**HOWREY SIMON ARNOLD & WHITE LLP**
23
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
24
E-mail:  bunsowh@howrey.com
E-mail:  demoryd@howrey.com
25
Telephone:  (415) 848-4900
**Fax:  (415) 848-4999**
26

27

*Attorneys for Defendant Xerox Corp.*
James Patrick Bradley
William O. Fifield
Scott Wayne Hejny
Thomas N. Tarnay
**SIDLEY AUSTIN BROWN & WOOD LLP**
717 N. Harwood, Suite 3400
Dallas, TX 75201
E-mail:  jbradley@sidley.com
E-mail:  wfifield@sidley.com
E-mail:  shejny@sidley.com
E-mail:  ttarnay@sidley.com
Telephone:  (214) 981-3300
**Fax:  (214) 981-3400**

*Attorneysfor 3rd Party Defendant Microsoft*
*Corp.*
Bryan K. Anderson*
**SIDLEY AUSTIN BROWN & WOOD LLP**
555 California Street, Ste. 5000
San Francisco, CA 94104-1715
E-mail:  bkanderson@sidley.com
Telephone:  (415) 772-1200
**Fax: (415) 397-4621**

Richard A. Cederoth
Douglas I. Lewis
**SIDLEY AUSTIN BROWN & WOOD LLP**
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
E-mail:  rcederoth@sidley.com
E-mail:  dilewis@sidley.com
Telephone:  (312) 853-7000
**Fax:  (312) 853-7036**

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

i