COUNSEL OF RECORD
LISTED ON SIGNATURE PAGE
AND IN CERTIFICATE OF SERVICE

**E-filed 1/11/06**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*Compression Labs, Inc. v. Creo, Inc. and Creo Americas, Inc. et. al.,* | MDL ACTION NO. M:05-CV-01654 JF<br>Honorable Jeremy Fogel<br><br>STIPULATON AND [PROPOSED] ORDER RELATING TO THE FILING OF CLI'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT AGAINST DEFENDANT CREO<br><br>E.D.Tex. C.A. 2-04CV-410 (Folsom) |

WHEREAS, pursuant to Fed. R. Civ. P. 15(a), on December 22, 2005, plaintiff Compression Labs, Inc. ("CLI"), filed in the matter styled *Compression Labs, Inc. v. Creo, Inc. and Creo Americas, Inc.* (the "Creo Defendants"), C.A. No. 2-04-CV-410 (E.D. Tex.) (the "Creo Action"), its First Amended and Supplemental Complaint against the Creo Defendants;

WHEREAS, the Creo Defendants have not yet answered CLI's original Complaint against the Creo Defendants, and pending is Creo Defendants' motion to dismiss and/or transfer the original CLI Complaint against Creo;

WHEREAS, CLI and the Creo Defendants have agreed that the Creo Defendants need not file any responsive pleading until after the Creo Defendants' motions to dismiss and/or transfer previously filed has been resolved;

WHEREAS, CLI and the Creo Defendants have further agreed that the Creo Defendants, in waiting to file a responsive pleading to the First Amended and Supplemental Complaint, do not waive any argument as to whether any allegation of the First Amended and Supplemental Complaint relates back to the filing date of the original Complaint in the Creo Action; and

WHEREAS, on January 5, 2006, as for the parties in the related "Agfa" action (i.e., CLI and defendants other than the Creo Defendants), this Court entered an order substantially similar to the proposed order requested below.

NOW, THEREFORE, CLI and the Creo Defendants, by and through their counsel, having stipulated and agreed as follows, IT IS HEREBY ORDERED THAT:

1. The Creo Defendants need not respond to CLI's First Amended and Supplemental Complaint against them at this time. Following the resolution of previously filed motions to dismiss or transfer by Creo and other defendants, the parties are to agree upon an appropriate schedule for filing responsive pleadings.

2. In responding at a later time to the First Amended and Supplemental Complaint, the Creo Defendants shall not be deemed to have waived any argument as to whether any allegation of the First Amended and Supplemental Complaint relates back to the filing date of the original Complaint in the Creo Action.

Dated: __1/11__, 2006

GRANTED
Judge Jeremy Fogel

_____
Hon. Jeremy Fogel
United States District Judge

Submitted by:

Dated: January 6, 2006                SUSMAN GODFREY L.L.P.

By: _____
Stephen E. Morrissey

GODWIN PAPPAS LANGLEY
 RONQUILLO, LLP
MONTE M. BOND (*Pro Hac Vice*)
1201 Elm Street, Suite 1700
Dallas, Texas 74270-2084
Telephone: (214) 939-4400
Facsimile: (214) 760-7332
E-mail: mbond@godwinpappas.com

2

STIPULATON AND [PROPOSED] ORDER
Case No. MDL 05-CV-01654 JF

|   |   |
|---|---|
| 1 | FUTTERMAN & DUPREE LLP |
| 2 | MICHAEL A. FUTTERMAN (110464) |
|   | JAMIE L. DUPREE (158105) |
| 3 | MARTIN H. DODD (104363) |
|   | 160 Sansome Street, 17th Floor |
| 4 | San Francisco, California 94104 |
|   | Telephone: (415) 399-3840 |
| 5 | Fax: (415) 399-3838 |
|   | E-mail: mfutterman@dfdlaw.com |
| 6 | E-mail: jdupree@dfdlaw.com |
|   | E-mail: martin@dfdlaw.com |
| 7 |   |
| 8 | *Attorneys for Plaintiff* |
|   | COMPRESSION LABS, INC. |

WILMER CUTLER PICKERING
HALE AND DORR LLP


By:  _[signature] Amr O. Aly/by ___ (w/ permission)_
Amr O. Aly

399 Park Avenue
New York, New York 10022
E-mail: amr.aly@wilmerhale.com
E-mail: john.hintz@wilmerhale.com
Telephone: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendant*
CREO, INC. AND CREO AMERICAS, INC.

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

On January 6, 2006, I served the foregoing document(s) described as follows:

**STIPULATON AND [PROPOSED] ORDER RELATING TO THE FILING OF CLI'S FIRST AMENDED AND SUPPLEMENTAL COMPLAINT AGAINST DEFENDANT CREO**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

\_\_\_\_\_ BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

\_\_\_\_\_ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

\_\_\_\_\_ BY TELECOPIER
I served by facsimile as indicated on the attached service list.

__XX__ BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

Executed on January 6, 2006, at Los Angeles, California

__XX__ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

| Helen Danielson | _(signature)_ |
|---|---|
| (Type or Print Name) | (Signature) |


# SERVICE LIST

*Attorneys for Defendant Acer America Corp.*
Paul E. Krieger*
Lucas Thomas Elliot
**FULBRIGHT & JAWORSKI LLP** – Houston
1301 McKinney, Suite 5100
Houston, TX 77010-3095
E-mail: pkrieger@fulbright.com
E-mail: lelliott@fulbright.com
Telephone: (713) 651-5473
**Fax: (713) 651-5246**

*Attorneys for Defendant Agfa Corp.*
H. Michael Hartmann
Wesley O. Mueller
Robert T. Wittmann
**LEYDIG VOIT & MAYER**
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
E-mail: mhartmann@leydig.com
E-mail: wmueller@leydig.com
E-mail: bwittmann@leydig.com
Telephone: (312) 616-5600
**Fax: (312) 616-5700**

*Attorneys for Defendant Apple Computer, Inc.*
George A. Riley
**O'MELVENY & MYERS LLP**
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
E-mail: griley@omm.com
Telephone: (213) 430-6000
**Fax: (213) 430-6407**

*Attorneys for Defendant Audiovox Communications Corp.*
D. Joseph English
**DUANE MORRIS LLP**
1667 K Street, N.W., Suite 700
Washington, D.C. 20006-1608

*Attorneys for Defendants BancTec, Inc. & Dell, Inc.*
Brian K. Buss*
Willem G. Schuurman
David B. Weaver
H. Kenneth Prol
**VINSON & ELKINS LLP**
2801 Via Fortuna, Suite 100
Austin, TX 78746
E-mail: bbuss@velaw.com
E-mail: bschuurman@velaw.com
E-mail: dweaver@velaw.com
E-mail: kprol@velaw.com
Telephone: (512) 542-8400
**Fax: (512) 542-8612**

*Attorneys for Defendant BenQ America Corp.*
Garner K. Weng
Susan G. O'Neill
Martin F. Majestic
**HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP**
425 Market Street, 26th Floor
San Francisco, CA 94105
E-mail: gweng@hansonbridgett.com
E-mail: soneill@hansonbridgett.com
E-mail: mmajestic@hansonbridgett.com
Telephone: (415) 777-3200
**Fax: (415) 541-9366**

*Attorneys for Defendant Canon USA, Inc.*
Brian L. Klock*
**FITZPATRICK, CELLA, HARPER & SCINTO**
1900 K Street, NW
Washington, DC 20006-1110
E-mail: bklock@fchs.com
Telephone: (202) 530-1010
**Fax: (202) 530-1055**

*Attorneys for Defendants Concord Camera Corp.*
Scott L. Lampert
Concord Camera Corp.
4000 Hollywood Boulevard
Hollywood, Florida 33021

1

E-mail: Scott_Lampert@concord-camera.com
Telephone: (954) 331-4200
**Fax: (954) 989-4103**

*Attorneys for Creative Labs, Inc.*
Robert T. Haslam
Michael Wickey
**HELLER EHRMAN LLP**
275 Middlefield Road,
Menlo Park, CA 94025-3506
E-mail: robert.haslam@hellerehrman.com
E-mail: michael.wickey@hellerehrman.com
Telephone: (650) 324-7000
**Fax: (650) 324-0638**

Mr. Eric Miller Albritton
111 W. Tyler Street
Longview, Texas 75601
E-mail: ema@emafirm.com
Telephone: (903) 757-8449
**Fax:     (903) 758-7397**

*Attorneys for Defendants Creo Americas, Inc.; and Creo Inc.*
Amr O. Aly*
John M. Hintz
**WILMER CUTLER PICKERING HALE AND DORR LLP**
399 Park Avenue
New York, New York 10022
E-mail: amr.aly@wilmerhale.com
E-mail: john.hintz@wilmerhale.com
Telephone: (212) 230-8800
**Fax: (212) 230-8888**

*Attorneys for Defendant Eastman Kodak Co.*
Joseph P. Lavelle
Kenneth W. Donnelly
Vivian S. Kuo
**HOWREY SIMON ARNOLD & WHITE LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
E-mail: donnellyk@howrey.com
E-mail: kuov@howrey.com
Telephone: (202) 783-0800
**Fax: (202) 383-6610**

*Attorney for Defendant Fuji Photo Film USA, Inc.*
Steven J. Routh*
Sten A. Jensen
Sarah M. Berger
**HOGAN & HARTSON LLP** – Washington
555 Thirteenth Street, NW
Washington, DC 20004
E-mail: sjrouth@hhlaw.com
E-mail: sajensen@hhlaw.com
E-mail: smberger@hhlaw.com
Telephone: (202) 637-5600
**Fax: (202) 637-5910**

*Attorneys for Defendant Fujitsu Computer Products of America, Inc.*
Christopher E. Chalsen*
Michael Martin Murray
**MILBANK TWEED HADLEY & MCCOY LLP**
1 Chase Manhattan Plaza
New York, NY 10005-1413
E-mail: cchalsen@milbank.com
E-mail: mmurray@milbank.com
Telephone: (212) 530-5000
**Fax: (212) 530-5219**

*Attorneys for Defendant Gateway, Inc.*
Darryl J. Adams
William Bryan Farney
**DEWEY BALLANTINE LLP** – Austin
401 Congress Avenue, Suite 3200
Austin, TX 78701-3788
E-mail: dadams@dbllp.com
E-mail: bfarney@dbllp.com
Telephone: (512) 226-0300
**Fax: (512) 226-0333**

*Attorneys for Defendant Google, Inc.*
Ryan Marshall Kent*
Daralyn J. Durie
**KEKER & VAN NEST LLP**
710 Sansome Street
San Francisco, CA 94111-1704
E-mail: rmk@kvn.com
Telephone: (415) 391-5400
**Fax: (415) 397-7188**

| | | |
|---|---|---|
| 1 | *Attorneys for Defendant Hewlett-Packard Co.* | *Attorneys for Defendant JASC Software, Inc. (acquired by Corel, Inc.)* |
| 2 | Danny L. Williams | Keith M. Sorge* |
| | Terry Morgan | Daniel W. McDonald |
| 3 | Ruben S. Bains | **MERCHANT & GOULD** |
| 4 | Paul Juhasz | 80 South Eighth Street, Suite 3200 |
| | James A. Jorgensen | Minneapolis, MN 55402 |
| 5 | **WILLIAMS, MORGAN & AMERSON, P.C.** | E-mail: ksorge@merchant-gould.com |
| | 10333 Richmond Ave., Suite 1100 | E-mail: dmcdonald@merchant-gould.com |
| 6 | Houston, Texas 77042 | Telephone: (612) 332-5300 |
| 7 | E-mail: danny@wmalaw.com | **Fax: (612) 332-9081** |
| | E-mail: tmorgan@wmalaw.com | |
| 8 | E-mail: rbains@wmalaw.com | *Attorneys for Defendants JVC Americas* |
| | E-mail: pjuhasz@wmalaw.com | *Corp. and Panasonic Corp. of North* |
| 9 | E-mail: jjorgensen@wmalaw.com | *America* |
| | Telephone: (713) 934-7000 | Morton Amster* |
| 10 | **Fax: (713) 934-7011** | Kenneth Bernstein |
| | | David A. Boag |
| 11 | Michael Holston* | Joseph M. Casino |
| 12 | John F. Schultz | Abraham Kasdan |
| | **MORGAN LEWIS & BOCKIUS LLP** | Michael Kasdan |
| 13 | 1701 Market Street | Richard Mandaro |
| | Philadelphia, PA 19103 | **AMSTER ROTHSTEIN & EBENSTEIN LLP** |
| 14 | E-mail: mholston@morganlewis.com | 90 Park Avenue |
| 15 | E-mail: john.schultz@morganlewis.com | New York, NY 10016 |
| | Telephone: (215) 963-5000 | E-mail: mamster@arelaw.com |
| 16 | **Fax: (215) 963-5001** | E-mail: kbernstein@arelaw.com |
| | | E-mail: dboag@arelaw.com |
| 17 | *Attorneys for Defendant IBM Corp.* | E-mail: jcasino@arelaw.com |
| | Lawrence E. Buterman* | E-mail: akasdan@arelaw.com |
| 18 | Keith R. Hummell | E-mail: mkasdan@arelaw.com |
| | **CRAVATH SWAINE & MOORE** | E-mail: rmandaro@arelaw.com |
| 19 | 825 Eighth Avenue | Telephone: (212) 336-8000 |
| 20 | New York, NY 10019-7475 | **Fax: (212) 336-8001** |
| | E-mail: lbuterman@cravath.com | |
| 21 | E-mail: khummel@cravath.com | *Attorneys for Defendant Kyocera Wireless* |
| | Telephone: (212) 474-1000 | *Corp.* |
| 22 | **Fax: (212) 474-3700** | Stuart Lubitz |
| | | Robert J. Benson |
| 23 | | **HOGAN & HARTSON LLP** |
| 24 | | 1999 Avenue of the Stars, Suite 1400 |
| | | Los Angeles, CA 90067 |
| 25 | | E-mail: slubitz@hhlaw.com |
| | | E-mail: rjbenson@hhlaw.com |
| 26 | | Telephone: (310) 789-5100 |
| 27 | | **Fax: (310) 789-5400** |
| 28 | | |

3

647999.009264

| | |
|---|---|
| *Attorneys for Defendant Mitsubishi Digital Electronics America, Inc.* | *Attorneys for Defendant Ricoh Corp.* |

*Attorneys for Defendant Mitsubishi Digital Electronics America, Inc.*
Donald R. Harris
Terrence J. Truax
**JENNER & BLOCK** - Chicago
One IBM Plaza
Chicago, IL 60611-7603
E-mail: dharris@jenner.com
E-mail: ttruax@jenner.com
Telephone: (312) 222-9350
**Fax: (312) 527-0484**

John W. Kozak
Steven P. Peterson
**LEYDIG VOIT & MAYER**
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
E-mail: jkozak@leydig.com
E-mail: spetersen@leydig.com
Telephone: (312) 616-5600
**Fax: (312) 616-5700**

*Attorneys for Defendant Oce North America, Inc.*
Joshua S. Bish
Frederick H. Colen
Barry J. Coyne
**REED SMITH LLP** – Pittsburgh
435 Sixth Avenue
Pittsburgh, PA 15219
E-mail: jbish@reedsmith.com
E-mail: fcolen@reedsmith.com
E-mail: bcoyne@reedsmith.com
Telephone: (412) 288-3131
**Fax: (412) 288-3063**

*Attorneys for Defendant Palm, Inc.*
Mark D. Flanagan
S. Michael Song
Bart E. Volkmer
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304-1050
E-mail: mflanagan@wsgr.com
E-mail: msong@wsgr.com
E-mail: bvolkmer@wsgr.com
Telephone: (650) 493-9300
**Fax: (650) 493-6811**

*Attorneys for Defendant Ricoh Corp.*
David C. Bohrer*
**MORGAN, LEWIS & BOCKIUS LLP**
3000 El Camino Real, Suite 700
Two Palo Alto Square
Palo Alto, CA 94306
E-mail: dbohrer@morganlewis.com
Telephone: (650) 843-4000
**Fax: (650) 843-4001**

*Attorneys for Defendant Riverdeep, Inc. d/b/a Broderbund*
Peter E. Heuser
**KOLISCH HARTWELL PC**
520 S.W. Yamhill Street, Suite 200
Portland, OR 97204
E-mail: heuser@khpatent.com
Telephone: (503) 224-6655
**Fax: (503) 295-6679**

*Attorneys for Defendant ScanSoft, Inc.*
Marvin Craig Tyler
Brian D. Range
**WILSON SONSINI GOODRICH & ROSATI**
8911 Capital of Texas Highway North
Westech 360, Suite 3350
Austin, TX 78759-8497
E-mail: ctyler@wsgr.com
E-mail: brange@wsgr.com
Telephone: (512) 338-5400
**Fax: (512) 338-5499**

*Attorneys for Defendants Sun Microsystems, Inc. & Yahoo!, Inc.*
David W. Hansen*
Donna Hill
**SKADDEN ARPS SLATE MEAGHER & FLOM LLP**
525 University Avenue, Suite 1100
Palo Alto, CA 94301
E-mail: dhansen@skadden.com
E-mail: thu@skadden.com
Telephone: (650) 470-4500
**Fax: (650) 470-4570**

4

647999 009264

*Attorneys for Defendant Thomson, Inc.*
Edmund Lee Haag
Andrew Paul Price
**FULBRIGHT & JAWORSKI LLP** – Houston
1301 McKinney, Suite 5100
Houston, TX 77010
E-mail:  lhaag@fulbright.com
E-mail:  aprice@fulbright.com
Telephone:  (713) 651-5473
**Fax:  (713) 651-5246**

*Attorneys for Defendant TiVo, Inc.*
Adam S. Hoffman*
Perry M. Goldberg
**IRELL & MANELLA LLP**
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
E-mail: ahoffman@irell.com
E-mail:  pgoldberg@irell.com
Telephone:  (310) 277-1010
**Fax:  (310) 203-7199**

*Attorneys for Defendants Toshiba America Consumer Products, Inc., Toshiba America Electronic Components, Inc., Toshiba America, Inc. & Toshiba America Information Systems, Inc.*
Harry Lee Gillam, Jr.
**GILLAM & SMITH LLP**
110 South Bolivar, Suite 204
Marshall, TX 75670
E-mail: gil@gilliamsmithlaw.com
Telephone:  (903) 934-8450
**Fax:  (903) 934-9257**

*Attorneys for Defendant Toshiba America, Inc.*
Henry Charles Bunsow
Denise M. DeMory
**HOWREY SIMON ARNOLD & WHITE LLP**
525 Market Street, Suite 3600
San Francisco, CA 94105-2708
E-mail: bunsowh@howrey.com
E-mail: demoryd@howrey.com
Telephone:  (415) 848-4900
**Fax:  (415) 848-4999**

*Attorneys for Defendant Xerox Corp.*
James Patrick Bradley
William O. Fifield
Scott Wayne Hejny
Thomas N. Tarnay
**SIDLEY AUSTIN LLP**
717 N. Harwood, Suite 3400
Dallas, TX 75201
E-mail:  jbradley@sidley.com
E-mail: wfifield@sidley.com
E-mail: shejny@sidley.com
E-mail: ttarnay@sidley.com
Telephone:  (214) 981-3300
**Fax:  (214) 981-3400**

*Attorneys for 3rd Party Defendant Microsoft Corp.*
Bryan K. Anderson*
**SIDLEY AUSTIN LLP**
555 California Street, Ste. 5000
San Francisco, CA 94104-1715
E-mail:  bkanderson@sidley.com
Telephone:  (415) 772-1200
**Fax: (415) 397-4621**

Richard A. Cederoth
Douglas I. Lewis
**SIDLEY AUSTIN LLP**
Bank One Plaza
One South Dearborn Street
Chicago, IL 60603
E-mail:  rcederoth@sidley.com
E-mail: dilewis@sidley.com
Telephone:  (312) 853-7000
**Fax:  (312) 853-7036**

5

647999.009264