**E-filed 2/1/06**

1  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street
3  San Francisco, CA  94111-3305
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701

5

   MARK C. SCARSI (S.B. #183926)
6  MICHELLE L. DAVIDSON (S.B. #218559)
   O'MELVENY & MYERS LLP
7  400 South Hope Street
   Los Angeles, CA  90071-2899
8  Telephone:   (213) 430-6000
   Facsimile:   (213) 430-6407
9

   Attorneys for Defendant/Declaratory Judgment
10 Plaintiff
   Apple Computer, Inc.
11
   Counsel for Co-Defendants Listed on Signature
12 Page

13
                  UNITED STATES DISTRICT COURT
14
                 NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN JOSE DIVISION
16

17

18 IN RE COMPRESSION LABS, INC.,        Case No.  M:05-CV-01654 JF
   PATENT LITIGATION,

19

20 MICROSOFT CORPORATION,                Case No.  CV-05-1567 JF

21                                       [~~PROPOSED~~] SEALING ORDER
                                         GRANTING DEFENDANT AND
22 v.                                    DECLARATORY JUDGMENT
                                         PLAINTIFF APPLE COMPUTER,
23 COMPRESSION LABS, INC. and            INC.'S ADMINISTRATIVE MOTION
   FORGENT NETWORKS, INC.                FOR LEAVE TO FILE
24                                       CONFIDENTIAL DOCUMENTS
                                         UNDER SEAL
25
                                         Hearing Date:  February 13, 2006
26                                       Hearing Time:  9:00 a.m.
                                         Judge:  Hon. Jeremy Fogel
27

28
                                         SEALING ORDER GRANTING MOTION TO
   LA2:789587.1                          FILE DOCUMENTS UNDER SEAL
                                         M:05-CV-01654 JF

1 | SEALING ORDER

Pursuant to Local Rule 79-5, the Protective Order previously entered in this action, AND THE Declaration of Mark C. Scarsi in support of Apple Computer, Inc.'s Administrative Motion for Leave to File Certain Exhibits to the Declaration of Mark C. Scarsi in Support of Defendants and Declaratory Judgment Plaintiffs' Responsive Markman Brief under seal, it is HEREBY ORDERED that Apple's Administrative Motion for Leave to File Exhibits in Support of Responsive Markman Brief Under Seal is GRANTED.

As specified in Apple's motion, the following documents are to be SEALED:

1. Exhibit 1 to the Declaration of Mark C. Scarsi in Support of Defendants and Declaratory Judgment Plaintiffs' Responsive Markman Brief (excerpts from deposition of Wen-Hsiung Chen, Ph.D. taken on December 8, 2005);
2. Exhibit 2 to the Declaration of Mark C. Scarsi in Support of Defendants and Declaratory Judgment Plaintiffs' Responsive Markman Brief (excerpts from deposition of Daniel Klenke taken on December 16, 2005);
3. Exhibit 3 to the Declaration of Mark C. Scarsi in Support of Defendants and Declaratory Judgment Plaintiffs' Responsive Markman Brief (excerpts from deposition of Compression Labs, Inc., ("CLI") taken on January 10, 2006);
4. Exhibit 4 to the Declaration of Mark C. Scarsi in Support of Defendants and Declaratory Judgment Plaintiffs' Responsive Markman Brief (excerpts from deposition of CLI taken on January 11, 2006);
5. Exhibit 10 to the Declaration of Mark C. Scarsi in Support of Defendants and Declaratory Judgment Plaintiffs' Responsive Markman Brief (article entitled, "Magnum Algorithm Recommendation," by W.H. Chen, B. Chitprasert, D. J. Klenke, T. Lookabaugh and J. A. Zingman, dated Nov. 1, 1988);

1    6. Exhibit 11 to the Declaration of Mark C. Scarsi in Support of Defendants
2       and Declaratory Judgment Plaintiffs' Responsive Markman Brief (document
3       by Daniel Klenke, entitled "Cameo Video Codec Algorithm Specification,"
4       dated August 8, 1990);
5    7. Exhibit 15 to the Declaration of Mark C. Scarsi in Support of Defendants
6       and Declaratory Judgment Plaintiffs' Responsive Markman Brief (copy of
7       CLI's vote to approve the JPEG standard, entitled "X3L3 Letter Ballot"
8       dated May 21, 1991);
9    8. Exhibit 16 to the Declaration of Mark C. Scarsi in Support of Defendants
10      and Declaratory Judgment Plaintiffs' Responsive Markman Brief (copy of
11      the ballot results on the vote to approve the JPEG standard, entitled "Ballot
12      Results X3L3 Letter Ballot 92-03 JPEG DIS (Ballot Close 92/03/16)" dated
13      May 17, 1992); and
14   9. Exhibit 19 to the Declaration of Mark C. Scarsi in Support of Defendants
15      and Declaratory Judgment Plaintiffs' Responsive Markman Brief (copy of
16      an article by D. Huffman, entitled "A Method for the Construction of
17      Minimum-Redundancy Codes" published in Proceedings of the IRE, vol. 40
18      (1952) at 1098-1101).

21   IT IS SO ORDERED.

23   Dated: __February 1__, 2006

_____
Jeremy Fogel
United States District Judge