\*\*E-filed 2/1/06\*\*

KEKER & VAN NEST, LLP
DARALYN J. DURIE - #169825
RYAN M. KENT - #220441
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Plaintiff
GOOGLE INC., a Delaware corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re Compression Labs, Inc., Patent Litigation,

Case No. M:05-CV-01654 JF

[**PROPOSED**] ORDER GRANTING GOOGLE INC.'S MOTION FOR LEAVE TO FILE A JOINDER BRIEF IN RESPONSE TO PLAINTIFF'S MARKMAN BRIEF

Judge: Hon. Jeremy Fogel

Upon Consideration of Google Inc.'s Motion for Leave to File a Joinder Brief In Response to Plaintiff's Markman Brief, and good cause appearing, it is hereby:

ORDERED that the Motion be granted and the Joinder Brief is submitted.

IT IS SO ORDERED.

Dated: 2/1/06

By: _____
The Honorable Jeremy Fogel
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER GRANTING GOOGLE INC.'S MOTION FOR LEAVE TO FILE A JOINDER BRIEF IN RESPONSE TO PLAINTIFF'S MARKMAN BRIEF
Case No. C 04-03934 CW

366234.01