**E-Filed 2/7/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION, | Case Number M: C 05-01654 JF<br><br>ORDER[1] RE NOTICE OF REEXAMINATION OF PATENT 4,698,672 |

On February 3, 2006, the Court received notice that the United States Patent and Trademark Office has granted a third-party petition for reexamination of United States Patent Number 4,698,672. By 5:00 pm Wednesday, February 8, 2006, the parties shall submit a statement, either jointly or separately, advising the Court as to what effect, if any, the reexamination of the patent may have on claim construction.

IT IS SO ORDERED.

DATED: February 7, 2006

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication and may not be cited.

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | John Allcock | JAllcock@graycary.com, lwatts@graycary.com |
| 3 | Amr O. Aly | amr.aly@wilmerhale.com, |
| 4 | Morton Amster | mamster@arelaw.com, |
| 5 | Bryan K. Anderson | bkanderson@sidley.com, grodriguez@sidley.com |
| 6 | William L. Anthony , Jr | wanthony@orrick.com, lbrim@orrick.com |
| 7 | James R. Batchelder | jbatchelder@daycasebeer.com |
| 8 | Robert John Benson | RJBenson@hhlaw.com |
| 9 | Kenneth Martin Bernstein | kbernstein@arelaw.com, |
| 10 | David A. Boag | dboag@arelaw.com |
| 11 | David C. Bohrer | dbohrer@morganlewis.com, giyer@morganlewis.com; tbrewster@morganlewis.com |
| 12 | James Patrick Bradley | jbradley@sidley.com, sstennett@sidley.com |
| 13 | Henry C. Bunsow | bunsowh@howrey.com, lim@howrey.com |
| 14 | Joseph M. Casino | jcasino@arelaw.com, |
| 15 | Christopher E. Chalsen | cchalsen@milbank.com, vguevara@milbank.com |
| 16 | Michelle Lynn Davidson | MDavidson@omm.com, swhite@omm.com |
| 17 | Lloyd R. Day , Jr | daylr@daycasebeer.com |
| 18 | Denise M. De Mory | demoryd@howrey.com, kasenenkop@howrey.com |
| 19 | Mark D. Flanagan | mflanagan@wsgr.com |
| 20 | Lauren B. Fletcher | lauren.fletcher@wilmerhale.com, |
| 21 | Perry M. Goldberg | pgoldberg@irell.com, |
| 22 | David W. Hansen | dhansen@skadden.com, dhill@skadden.com |
| 23 | Donald R. Harris | dharris@jenner.com, |
| 24 | Robert T. Haslam | Robert.Haslam@hellerehrman.com, christine.chen@hellerehrman.com |
| 25 | | |
| 26 | Scott W. Hejny | shejny@sidley.com, kcollins@sidley.com |
| 27 | Donna Hill | dwhill@skadden.com, vwang@skadden.com |
| 28 | John M. Hintz | john.hitz@wilmerhale.com, |

2

Case No. M: C 05-01654 JF
ORDER RE NOTICE OF REEXAMINATION OF PATENT 4,698,672
(JFLC1)

| | | |
|---|---|---|
| 1 | Adam Hoffman | ahoffman@irell.com, |
| 2 | Michael J. Holston | mholston@morganlewis.com, |
| 3 | Eric Nord Hoover | ehoover@morganfinnegan.com, |
| 4 | Keith R Hummel | khummel@cravath.com, managing_clerks_office@cravath.com; abhoumik@cravath.com; lbuterman@cravath.com |
| 5 | Sten Anker Jensen, Esq | sajensen@hhlaw.com |
| 6 | James A. Jorgensen | jjorgensen@wmalaw.com, sgraham@wmalaw.com |
| 7 | Paul Robert Juhasz | pjuhasz@wmalaw.com, mpaul@wmalaw.com |
| 8 | Abraham Kasdan | akasdan@arelaw.com |
| 9 | Alyssa T. Koo | alyssa.koo@hellerehrman.com |
| 10 | John W. Kozak | jkozak@leydig.com |
| 11 | Vivian S. Kuo | kuov@howrey.com, chased@howrey.com |
| 12 | Kristoffer Leftwich | kleftwich@sidley.com, kcollins@sidley.com |
| 13 | Stuart Lubitz | slubitz@hhlaw.com, |
| 14 | Martin F. Majestic | MMajestic@hansonbridgett.com, IPFilings@hansonbridgett.com |
| 15 | Richard S. Mandaro | rmandaro@arelaw.com, rmandaro@optonline.net; dgoldberg@arelaw.com; litdoc@arelaw.com |
| 16 | Michael Martin Murray | MMurray@milbank.com, smarino@milbank.com |
| 17 | Susan Garell O'Neill | soneill@hansonbridgett.com |
| 18 | Steven P. Petersen | spetersen@leydig.com, |
| 19 | Amy E. Pizzutillo | apizzutillo@morganlewis.com, scorson@morganlewis.com; bmccoy@morganlewis.com; kpackel@morganlewis.com; mdunglinson@wmalaw.com |
| 20 | H. Kenneth Prol | kprol@velaw.com, ddcrider@velaw.com; jminick@velaw.com; areiley@velaw.com |
| 21 | George A. Riley | griley@omm.com, mhendersen@omm.com |
| 22 | Mark Christopher Scarsi | mscarsi@omm.com, |
| 23 | John F. Schultz | john.schultz@morganlewis.com, jminio@morganlewis.com |
| 24 | Willem G. Schuurman | bschuurman@velaw.com, ddcrider@velaw.com |
| 25 | Barry Kenneth Shelton | shelton@fr.com, tipton@fr.com; pickett@fr.com; marlow@fr.com |

3

Case No. M: C 05-01654 JF
ORDER RE NOTICE OF REEXAMINATION OF PATENT 4,698,672
(JFLC1)

| | | |
|---|---|---|
| 1 | Seungtaik Michael Song | msong@wsgr.com |
| 2 | Thomas N Tarnay | ttarnay@sidley.com, kcollins@sidley.com |
| 3 | Max Lalon Tribble, Jr | mtribble@susmangodfrey.com, kallen@susmangodfrey.com |
| 4 | Terrence Joseph Truax | ttruax@jenner.com |
| 5 | Kaiwen Tseng | ktseng@orrick.com, hlee@orrick.com |
| 6 | Bart Edward Volkmer, Esq | bvolkmer@wsgr.com, |
| 7 | Bruce Hilton Watrous, Jr | bwatrous@graycary.com, |
| 8 | David B. Weaver | dweaver@velaw.com, zamason@velaw.com; ddcrider@velaw.com; pknotz@velaw.com |
| 9–11 | Garner K. Weng | gweng@hansonbridgett.com, lbucsit@hansonbridgett.com; calendarclerk@hansonbridgett.com; mmajestic@hansonbridgett.com; soneill@hansonbridgett.com; cagnost@hansonbridgett.com |
| 12 | Michael Patrick Wickey | mwickey@hewm.com, |
| 13 | Danny L. Williams | danny@wmalaw.com, mpaul@wmalaw.com; mdunglinson@wmalaw.com |
| 14–15 | Rowena Y. Young | ryoung@orrick.com, aako-nai@orrick.com; jeanchung@orrick.com; spak@orrick.com; sschultz@orrick.com |

Case No. M: C 05-01654 JF
ORDER RE NOTICE OF REEXAMINATION OF PATENT 4,698,672
(JFLC1)