1  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street
3  San Francisco, CA  94111-3305
   Telephone:   (415) 984-8700
4  Facsimile:   (415) 984-8701

5
   MARK C. SCARSI (S.B. #183926)                    **E-filed 2/9/06**
6  MICHELLE L. DAVIDSON (S.B. #218559)
   O'MELVENY & MYERS LLP
7  400 South Hope Street
   Los Angeles, CA  90071-2899
8  Telephone:   (213) 430-6000
   Facsimile:   (213) 430-6407
9
   Attorneys for Defendant/Declaratory Judgment
10 Plaintiff
   Apple Computer, Inc.

11

12

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17

| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | Case No.  M:05-CV-01654 JF<br><br>[**PROPOSED**] ORDER PERMITTING USE OF COMPUTER EQUIPMENT AND PROJECTION EQUIPMENT<br><br>Hearing Date: February 13, 2006<br>Hearing Time: 9:00 a.m.<br>Judge: Hon. Jeremy Fogel |
|---|---|

# **ORDER**

WHEREAS, this Court has set a claims construction hearing to begin at 9:00 a.m. on Monday, February 13, 2006;

WHEREAS, Plaintiff Compression Labs, Inc. ("CLI") and Defendant Apple Computer, Inc. ("Apple") jointly seek permission to bring into the courtroom and use a computer projection system consisting of one projector, one LCD monitor, one visualizer (ELMO), two speakers, a large projector screen, two laptop computers, two VGA Switchers, two boxes of computer cables, connectors and accessories, two stands and 10 boards as part of its presentation during the hearing on Monday, February 13, 2006;

WHEREAS, CLI and Apple seek permission to have their vendors, FTI Consulting and Think Twice, Inc., set up this equipment in Courtroom 3 at 1:30 p.m. on February 10, 2006, or such other time that is convenient for the Court, and remove this equipment after 4:00 p.m. on February 13, 2006, or such other time that is convenient for the Court;

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT CLI and Apple are permitted to have their vendors, FTI Consulting and Think Twice, Inc., bring into Courtroom 3 and set up the following equipment at 1:30 p.m. on February 10, 2006, to use this equipment during the parties' presentation on February 13, 2006, and to have FTI Consulting remove this equipment from Courtroom 3 after 4:00 p.m. on February 13, 2006:

1. one (1) projector with stand;
2. one (1) LCD monitor with stand;
3. one (1) visualizer (ELMO) with stand;
4. two (2) speakers;

LA2:790273.1

- 1 -

[PROPOSED] ORDER PERMITTING USE OF ELECTRONIC EQUIP.
M:05-CV-01654 JF

| | |
|---|---|
| 1 | 5.   one (1) large projector screen; |
| 2 | 6.   two (2) laptop computers; |
| 3 | 7.   two (2) VGA Switchers; |
| 4 | 8.   two (2) boxes of computer cables, connectors and accessories; |
| 5 | 9.   two (2) stands for poster boards; and |
| 6 | 10.  ten (10) poster boards. |
| 7 | **IT IS SO ORDERED.** |
| 8 | |
| 9 | Dated: __2/9____, 2006 |
| 10 | |
| 11 | _____ |
| 12 | Hon. Jeremy Fogel<br>United States District Court Judge |
| 13 | |
| 14 | |
| 15 | Submitted by: |
| 16 | O'MELVENY & MYERS LLP |
| 17 | |
| 18 | By: //s// Michelle L. Davidson |
| | Michelle L. Davidson |
| 19 | Attorneys for Defendant/Declaratory<br>Judgment Plaintiff |
| 20 | APPLE COMPUTER, INC. |
| 21 | Dated: February 7, 2006 |
| 22 | |
| | SUSMAN GODFREY, LLC |
| 23 | |
| 24 | |
| 25 | By: //s// Tibor Nagy |
| | Tibor Nagy |
| 26 | Attorneys for Plaintiff/Declaratory<br>Judgment Defendant |
| | COMPRESSION LABS, INC. |
| 27 | |
| 28 | Dated: February 7, 2006 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LA2:790273.1 - 3 - [PROPOSED] ORDER PERMITTING USE OF ELECTRONIC EQUIP.
M:05-CV-01654 JF