**E-Filed 2/9/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | Case Number M: C 05-01654 JF<br><br>ADMINISTRATIVE ORDER |

Due to unforeseen and urgent developments in *Morales v. Hickman*, Case No. C 06-219, a capital case heard by the Court on the afternoon of February 9, 2006, the Court will be unavailable for the claim construction hearing currently scheduled for February 13, 2006. Accordingly, the Court must vacate the scheduled hearing date. The Court will contact the parties during the week beginning February 13, 2006 to reschedule the claim construction hearing. The Court is available to conduct the hearing on March 2, 6, 7 or 9, 2006. Counsel shall as soon as possible confer as to which of these dates they prefer. The Court regrets any inconvenience to the parties or counsel caused by this delay.

IT IS SO ORDERED.

DATED: February 9, 2006

_____
JEREMY FOGEL
United States District Judge

Case No. M: C 05-01654 JF
ADMINISTRATIVE ORDER
(JFLC1)

1  This Order has been served upon the following persons:

| # | Name | Email |
|---|------|-------|
| 2 | John Allcock | JAllcock@graycary.com, lwatts@graycary.com |
| 3 | Amr O. Aly | amr.aly@wilmerhale.com, |
| 4 | Morton Amster | mamster@arelaw.com, |
| 5 | Bryan K. Anderson | bkanderson@sidley.com, grodriguez@sidley.com |
| 6 | William L. Anthony , Jr | wanthony@orrick.com, lbrim@orrick.com |
| 7 | James R. Batchelder | jbatchelder@daycasebeer.com |
| 8 | Robert John Benson | RJBenson@hhlaw.com |
| 9 | Kenneth Martin Bernstein | kbernstein@arelaw.com, |
| 10 | David A. Boag | dboag@arelaw.com |
| 11 | David C. Bohrer | dbohrer@morganlewis.com, giyer@morganlewis.com; tbrewster@morganlewis.com |
| 12-13 | Monte M. Bond | mbond@godwinpappas.com, tsankey@godwinpappas.com; knevill@godwinpappas.com; twight@godwinpappas.com; crourk@godwinpappas.com; mmclemore@godwinpappas.com |
| 14 | James Patrick Bradley | jbradley@sidley.com, sstennett@sidley.com |
| 15 | Henry C. Bunsow | bunsowh@howrey.com, lim@howrey.com |
| 16 | Joseph M. Casino | jcasino@arelaw.com, |
| 17 | Christopher E. Chalsen | cchalsen@milbank.com, vguevara@milbank.com |
| 18 | Michelle Lynn Davidson | MDavidson@omm.com, swhite@omm.com |
| 19 | Lloyd R. Day , Jr | daylr@daycasebeer.com |
| 20 | Denise M. De Mory | demoryd@howrey.com, kasenenkop@howrey.com |
| 21 | Martin H. Dodd | martin@dfdlaw.com |
| 22 | Mark D. Flanagan | mflanagan@wsgr.com |
| 23 | Lauren B. Fletcher | lauren.fletcher@wilmerhale.com, |
| 24 | Perry M. Goldberg | pgoldberg@irell.com, |
| 25 | David W. Hansen | dhansen@skadden.com, dhill@skadden.com |
| 26 | Donald R. Harris | dharris@jenner.com, |
| 27-28 | Robert T. Haslam | Robert.Haslam@hellerehrman.com, christine.chen@hellerehrman.com |

| | | |
|---|---|---|
| 1 | Scott W. Hejny | shejny@sidley.com, kcollins@sidley.com |
| 2 | Donna Hill | dwhill@skadden.com, vwang@skadden.com |
| 3 | John M. Hintz | john.hitz@wilmerhale.com, |
| 4 | Adam Hoffman | ahoffman@irell.com, |
| 5 | Michael J. Holston | mholston@morganlewis.com, |
| 6 | Eric Nord Hoover | ehoover@morganfinnegan.com, |
| 7 | Keith R Hummel | khummel@cravath.com, managing_clerks_office@cravath.com; abhoumik@cravath.com; lbuterman@cravath.com |
| 8 | | |
| 9 | Sten Anker Jensen , Esq | sajensen@hhlaw.com |
| 10 | James A. Jorgensen | jjorgensen@wmalaw.com, sgraham@wmalaw.com |
| 11 | Paul Robert Juhasz | pjuhasz@wmalaw.com, mpaul@wmalaw.com |
| 12 | Abraham Kasdan | akasdan@arelaw.com |
| 13 | Alyssa T. Koo | alyssa.koo@hellerehrman.com |
| 14 | John W. Kozak | jkozak@leydig.com |
| 15 | Vivian S. Kuo | kuov@howrey.com, chased@howrey.com |
| 16 | Kristoffer Leftwich | kleftwich@sidley.com, kcollins@sidley.com |
| 17 | Stuart Lubitz | slubitz@hhlaw.com, |
| 18 | Martin F. Majestic | MMajestic@hansonbridgett.com, IPFilings@hansonbridgett.com |
| 19 | Richard S. Mandaro | rmandaro@arelaw.com, rmandaro@optonline.net; dgoldberg@arelaw.com; litdoc@arelaw.com |
| 20 | Stephen E. Morrissey | smorrissey@susmangodfrey.com, hdanielson@susmangodfrey.com |
| 21 | | |
| 22 | Michael Martin Murray | MMurray@milbank.com, smarino@milbank.com |
| 23 | Tibor L. Nagy | tnagy@susmangodfrey.com, pwallace@susmangodfrey.com |
| 24 | Susan Garell O'Neill | soneill@hansonbridgett.com |
| 25 | Steven P. Petersen | spetersen@leydig.com, |
| 26 | Amy E. Pizzutillo | apizzutillo@morganlewis.com, scorson@morganlewis.com; bmccoy@morganlewis.com; kpackel@morganlewis.com; mdunglinson@wmalaw.com |
| 27 | | |
| 28 | H. Kenneth Prol | kprol@velaw.com, ddcrider@velaw.com; jminick@velaw.com; areiley@velaw.com |

3

Case No. M: C 05-01654 JF
ADMINISTRATIVE ORDER
(JFLC1)

| | | |
|---|---|---|
| 1 | George A. Riley | griley@omm.com, mhendersen@omm.com |
| 2 | Mark Christopher Scarsi | mscarsi@omm.com, |
| 3 | John F. Schultz | john.schultz@morganlewis.com, jminio@morganlewis.com |
| 4 | Willem G. Schuurman | bschuurman@velaw.com |
| 5 | Barry Kenneth Shelton | shelton@fr.com, tipton@fr.com; pickett@fr.com; marlow@fr.com |
| 6 | Seungtaik Michael Song | msong@wsgr.com |
| 7 | Thomas N Tarnay | ttarnay@sidley.com, kcollins@sidley.com |
| 8 | Max Lalon Tribble , Jr | mtribble@susmangodfrey.com, kallen@susmangodfrey.com |
| 9 | Terrence Joseph Truax | ttruax@jenner.com |
| 10 | Kaiwen Tseng | ktseng@orrick.com, hlee@orrick.com |
| 11 | Bart Edward Volkmer , Esq | bvolkmer@wsgr.com, |
| 12 | Bruce Hilton Watrous , Jr | bwatrous@graycary.com, |
| 13 | David B. Weaver | dweaver@velaw.com, zamason@velaw.com |
| 14-16 | Garner K. Weng | gweng@hansonbridgett.com, lbucsit@hansonbridgett.com; calendarclerk@hansonbridgett.com; mmajestic@hansonbridgett.com; soneill@hansonbridgett.com; cagnost@hansonbridgett.com |
| 17 | Michael Patrick Wickey | mwickey@hewm.com, |
| 18 | Danny L. Williams | danny@wmalaw.com, mpaul@wmalaw.com; mdunglinson@wmalaw.com |
| 19 | Rowena Y. Young | ryoung@orrick.com, aako-nai@orrick.com; jeanchung@orrick.com; spak@orrick.com; sschultz@orrick.com |

Case No. M: C 05-01654 JF
ADMINISTRATIVE ORDER
(JFLC1)