**E-filed 3/3/06**

1  GEORGE A. RILEY (S.B. #118304)
   O'MELVENY & MYERS LLP
2  Embarcadero Center West
   275 Battery Street
3  San Francisco, CA 94111-3305
   Telephone: (415) 984-8700
4  Facsimile: (415) 984-8701

5

   MARK C. SCARSI (S.B. #183926)
6  B. JENNIFER GLAD (S.B. #239386)
   O'MELVENY & MYERS LLP
7  400 South Hope Street
   Los Angeles, CA 90071-2899
8  Telephone: (213) 430-6000
   Facsimile: (213) 430-6407
9
   Attorneys for Defendant/Declaratory Judgment
10 Plaintiff
   Apple Computer, Inc.
11

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                           SAN JOSE DIVISION

16

17

18  IN RE COMPRESSION LABS, INC.,         Case No. M:05-CV-01654 JF
    PATENT LITIGATION
19                                        [PROPOSED] ORDER PERMITTING
                                          USE OF COMPUTER EQUIPMENT
20                                        AND PROJECTION EQUIPMENT

21                                        Hearing Date: March 9, 2006
                                          Hearing Time: 9:00 a.m.
22                                        Judge: Hon. Jeremy Fogel

23

24

25

26

27

28
                                          [PROPOSED] ORDER PERMITTING USE
                                                    OF ELECTRONIC EQUIP.
                                                       M:05-CV-01654 JF

# **ORDER**

WHEREAS, this Court has set a claims construction hearing to begin at 9:00 a.m. on Thursday, March 9, 2006;

WHEREAS, Plaintiff Compression Labs, Inc. ("CLI") and Defendant Apple Computer, Inc. ("Apple") jointly seek permission to bring into the courtroom and use a computer projection system consisting of one projector, one LCD monitor, one visualizer (ELMO), two speakers, a large projector screen, two laptop computers, two VGA Switchers, two boxes of computer cables, connectors and accessories, two stands and 10 boards as part of its presentation during the hearing on Thursday, March 9, 2006;

WHEREAS, CLI and Apple seek permission to have their vendors, FTI Consulting and Think Twice, Inc., set up this equipment in Courtroom 3 at 1:30 p.m. on March 8, 2006, or such other time that is convenient for the Court, and remove this equipment after 4:00 p.m. on March 9, 2006, or such other time that is convenient for the Court;

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT CLI and Apple are permitted to have their vendors, FTI Consulting and Think Twice, Inc., bring into Courtroom 3 and set up the following equipment at 1:30 p.m. on March 8, 2006, to use this equipment during the parties' presentation on March 9, 2006, and to have FTI Consulting remove this equipment from Courtroom 3 after 4:00 p.m. on March 9, 2006:

1. one (1) projector with stand;
2. one (1) LCD monitor with stand;
3. one (1) visualizer (ELMO) with stand;
4. two (2) speakers;
5. one (1) large projector screen;

|   |   |   |
|---|---|---|
| 1 | 6. | two (2) laptop computers; |
| 2 | 7. | two (2) VGA Switchers; |
| 3 | 8. | two (2) boxes of computer cables, connectors and accessories; |
| 4 | 9. | two (2) stands for poster boards; and |
| 5 | 10. | ten (10) poster boards. |

**IT IS SO ORDERED.**

Dated: ___March 3___, 2006

_____
Hon. Jeremy Fogel
United States District Court Judge

Submitted by:

O'MELVENY & MYERS LLP


By: //s// B. Jennifer Glad
    B. Jennifer Glad
Attorneys for Defendant/Declaratory
Judgment Plaintiff
APPLE COMPUTER, INC.

Dated: March 1, 2006


SUSMAN GODFREY, LLC


By: //s// Tibor Nagy
    Tibor Nagy
Attorneys for Plaintiff/Declaratory
Judgment Defendant
COMPRESSION LABS, INC.

Dated: March 1, 2006