**E-Filed 3/9/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | Case Numbers  M: C 05-01654 JF (RS)<br>C 05-01567 JF (RS) |
| MICROSOFT CORPORATION,<br><br>               Plaintiff,<br><br>      v.<br><br>COMPRESSION LABS, INC., et al.,<br><br>               Defendants. | ORDER REQUESTING SUPPLEMENTAL BRIEFING |

During the March 9, 2006 claim construction hearing, it became apparent that there was an inadvertent miscommunication between Plaintiff Compression Labs, Inc. ("CLI") and Defendants as to the scope of issues in dispute. In the Joint Claim Construction and Prehearing Statement, submitted pursuant to Patent Local Rule 4-3, Defendants stated that the issue of whether the preamble of claim 38 includes claim limitations is at issue in claim construction: "Claims 1, 6, 10, and 38 each include a preamble. In each of these claims, Defendants contend that the preamble recites claim limitations." Joint Statement, p. 2. However, CLI's counsel asserted that he was not aware that the construction of the preamble was at issue and accordingly


1  did not brief it.  Accordingly, the Court hereby requests supplemental briefing, which shall
2  address whether the preamble of claim 38 recites claim limitations and, to the extent that the
3  issue has not been addressed in previous briefings and at oral argument, whether the preambles
4  of claims 1, 6, and 10 similarly recite claim limitations.  CLI's brief shall be filed on or before
5  March 20, 2006, and Defendants' brief shall be filed on or before March 31, 2006.  Each brief
6  shall not exceed fifteen pages.  The matter thereafter shall be submitted without additional oral
7  argument.
8          IT IS SO ORDERED.

10 DATED: March 9, 2006

                                          _____
                                          JEREMY FOGEL
                                          United States District Judge

2

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(JFLC1)

| | | |
|---|---|---|
| 1 | This Order has been served upon the following persons: | |
| 2 | John Allcock | JAllcock@graycary.com, lwatts@graycary.com |
| 3 | Amr O. Aly | amr.aly@wilmerhale.com, |
| 4 | Morton Amster | mamster@arelaw.com, |
| 5 | Bryan K. Anderson | bkanderson@sidley.com, grodriguez@sidley.com; sjprobst@sidley.com |
| 6 | William L. Anthony, Jr | wanthony@orrick.com, lbrim@orrick.com |
| 7 | James R. Batchelder | jbatchelder@daycasebeer.com |
| 8 | Robert John Benson | RJBenson@hhlaw.com |
| 9 | Kenneth Martin Bernstein | kbernstein@arelaw.com, |
| 10 | David A. Boag | dboag@arelaw.com |
| 11 | David C. Bohrer | dbohrer@morganlewis.com, giyer@morganlewis.com; elizabeth.kim@morganlewis.com |
| 12 | Monte M. Bond | mbond@godwinpappas.com, tsankey@godwinpappas.com; knevill@godwinpappas.com; twight@godwinpappas.com; crourk@godwinpappas.com; mmclemore@godwinpappas.com |
| 13-14 | | |
| 15 | James Patrick Bradley | jbradley@sidley.com, sstennett@sidley.com |
| 16 | Henry C. Bunsow | bunsowh@howrey.com, lim@howrey.com |
| 17 | Nicholas M. Cannella | ncannela@fchs.com |
| 18 | Joseph M. Casino | jcasino@arelaw.com, |
| 19 | Richard A. Cederoth | rcederoth@sidley.com, rcederot@sidley.com; bdipasqu@sidley.com |
| 20 | Christopher E. Chalsen | cchalsen@milbank.com, vguevara@milbank.com |
| 21 | Michelle Lynn Davidson | MDavidson@omm.com, swhite@omm.com |
| 22 | Lloyd R. Day, Jr | daylr@daycasebeer.com |
| 23 | Denise M. De Mory | demoryd@howrey.com, kasenenkop@howrey.com |
| 24 | Martin H. Dodd | martin@dfdlaw.com |
| 25 | Jamie L. Dupree | jdupree@dfdlaw.com |
| 26 | Mark D. Flanagan | mflanagan@wsgr.com |
| 27 | Lauren B. Fletcher | lauren.fletcher@wilmerhale.com, |
| 28 | | |

3

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(JFLC1)

| | | |
|---|---|---|
| 1 | Michael A. Futterman | mfutterman@dfdlaw.com |
| 2 | Brandy Jennifer Glad | jglad@omm.com, lrich@omm.com |
| 3 | Perry M. Goldberg | pgoldberg@irell.com, |
| 4 | Edmund Lee Haag, III | lhaag@fulbright.com, lzoldan@fulbright.com |
| 5 | David W. Hansen | dhansen@skadden.com, dhill@skadden.com |
| 6 | Donald R. Harris | dharris@jenner.com, |
| 7 | Robert T. Haslam | Robert.Haslam@hellerehrman.com, christine.chen@hellerehrman.com |
| 8 | Scott W. Hejny | shejny@sidley.com, kcollins@sidley.com |
| 9 | Donna Hill | dwhill@skadden.com, vwang@skadden.com |
| 10 | John M. Hintz | john.hitz@wilmerhale.com, |
| 11 | Adam Hoffman | ahoffman@irell.com, |
| 12 | Michael J. Holston | mholston@morganlewis.com, |
| 13 | Eric Nord Hoover | ehoover@morganfinnegan.com, |
| 14 | Keith R Hummel | khummel@cravath.com, managing_attorneys_office@cravath.com; abhoumik@cravath.com; lbuterman@cravath.com; ilampl@cravath.com |
| 15 | | |
| 16 | | |
| 17 | Sten Anker Jensen, Esq | sajensen@hhlaw.com |
| 18 | James A. Jorgensen | jjorgensen@wmalaw.com, sgraham@wmalaw.com |
| 19 | Paul Robert Juhasz | pjuhasz@wmalaw.com, mpaul@wmalaw.com |
| 20 | Abraham Kasdan | akasdan@arelaw.com |
| 21 | Eric Joseph Klein | eklein@godwingruber.com, sspradlin@godwingruber.com |
| 22 | Alyssa T. Koo | alyssa.koo@hellerehrman.com |
| 23 | John W. Kozak | jkozak@leydig.com |
| 24 | Vivian S. Kuo | kuov@howrey.com, chased@howrey.com |
| 25 | Todd E. Landis | tlandis@godwingruber.com, bnoriega@godwingruber.com |
| 26 | Kristoffer Leftwich | kleftwich@sidley.com, kcollins@sidley.com |
| 27 | Douglas I. Lewis | dilewis@sidley.com |
| 28 | Stuart Lubitz | slubitz@hhlaw.com, |

4

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(JFLC1)

| | | |
|---|---|---|
| 1 | Martin F. Majestic | MMajestic@hansonbridgett.com, IPFilings@hansonbridgett.com |
| 2 | Steven R. Manchester | srman@gatespeed.com |
| 3 | Richard S. Mandaro | rmandaro@arelaw.com, rmandaro@optonline.net; dgoldberg@arelaw.com; litdoc@arelaw.com |
| 4 | Daniel W. McDonald | dmcdonald@merchant-gould.com, vhanson@merchant-gould.com |
| 5 | Stephen E. Morrissey | smorrissey@susmangodfrey.com, hdanielson@susmangodfrey.com |
| 6 | | |
| 7 | Michael Martin Murray | MMurray@milbank.com, smarino@milbank.com |
| 8 | Tibor L. Nagy | tnagy@susmangodfrey.com, pwallace@susmangodfrey.com |
| 9 | Susan Garell O'Neill | soneill@hansonbridgett.com, lbucsit@hansonbridgett.com; cagnost@hansonbridgett.com; calendarclerk@hansonbridgett.com |
| 10 | Steven P. Petersen | spetersen@leydig.com, |
| 11 | Amy E. Pizzutillo | apizzutillo@morganlewis.com, scorson@morganlewis.com; bmccoy@morganlewis.com; kpackel@morganlewis.com; mdunglinson@wmalaw.com |
| 12 | | |
| 13 | Andrew Paul Price | aprice@fulbright.com, rcontreras@fulbright.com |
| 14 | David T. Pritikin | dpritikin@sidley.com |
| 15 | H. Kenneth Prol | kprol@velaw.com, areiley@velaw.com |
| 16 | George A. Riley | griley@omm.com, mhendersen@omm.com |
| 17 | Edgar G. Sargent | esargent@susmangodfrey.com, |
| 18 | Mark Christopher Scarsi | mscarsi@omm.com, |
| 19 | John F. Schultz | john.schultz@morganlewis.com, jminio@morganlewis.com |
| 20 | Willem G. Schuurman | bschuurman@velaw.com |
| 21 | Barry Kenneth Shelton | shelton@fr.com, tipton@fr.com; pickett@fr.com; marlow@fr.com |
| 22 | Seungtaik Michael Song | msong@wsgr.com |
| 23 | Stephen D. Susman | ssusman@susmangodfrey.com, ddefranco@susmangodfrey.com |
| 24 | Thomas N Tarnay | ttarnay@sidley.com, kcollins@sidley.com |
| 25 | Eric S. Tautfest | etautfest@godwinruber.com, etautfest@yahoo.com |
| 26 | Brooke Taylor | btaylor@susmangodfrey.com, shoutstra@susmangodfrey.com |
| 27 | Max Lalon Tribble, Jr | mtribble@susmangodfrey.com, kallen@susmangodfrey.com |
| 28 | | |

5

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(JFLC1)

| | | |
|---|---|---|
| 1 | Terrence Joseph Truax | ttruax@jenner.com |
| 2 | Kaiwen Tseng | ktseng@orrick.com, hlee@orrick.com |
| 3 | Bart Edward Volkmer, Esq | bvolkmer@wsgr.com, |
| 4 | Bruce Hilton Watrous, Jr | bwatrous@graycary.com, |
| 5 | David B. Weaver | dweaver@velaw.com, zamason@velaw.com |
| 6 | Garner K. Weng | gweng@hansonbridgett.com, lbucsit@hansonbridgett.com; calendarclerk@hansonbridgett.com; mmajestic@hansonbridgett.com; soneill@hansonbridgett.com; cagnost@hansonbridgett.com |
| 8 | Shelley K. Wessels | swessels@wesselslaw.biz |
| 9 | Michael Patrick Wickey | mwickey@hewm.com, |
| 10 | Danny L. Williams | danny@wmalaw.com, mpaul@wmalaw.com; mdunglinson@wmalaw.com |
| 12 | Rowena Y. Young | ryoung@orrick.com, aako-nai@orrick.com; jeanchung@orrick.com; spak@orrick.com; sschultz@orrick.com |

6

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER REQUESTING SUPPLEMENTAL BRIEFING
(JFLC1)