GEORGE A. RILEY (S.B. #118304)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111-3305
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

MARK C. SCARSI (S.B. #183926)
B. JENNIFER GLAD (S.B. #239386)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:    (213) 430-6000
Facsimile:    (213) 430-6407

Attorneys for Defendant/Declaratory Judgment
Plaintiff
Apple Computer, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION, | Case No.  M:05-CV-01654 JF |
| MICROSOFT CORPORATION,<br><br>v.<br><br>COMPRESSION LABS, INC. and FORGENT NETWORKS, INC. | Case No.  CV-05-1567 JF<br><br>**DECLARATION OF MARK C. SCARSI IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFF COMPRESSION LABS, INC.'S SUPPLEMENTAL MARKMAN BRIEF** |

## DECLARATION OF MARK C. SCARSI

I, Mark C. Scarsi, hereby declare as follows:

1.     I am a member in good standing of the Bar of the State of California and partner in the law firm of O'Melveny & Myers LLP, counsel for defendant/declaratory judgment plaintiff Apple Computer, Inc.  All of the facts set forth herein are known to me personally and, if called and sworn as a witness, I could and would testify competently thereto.

2.     **Exhibit A** to this declaration is a true and accurate copy of the recent decision *Bicon, Inc. v. Straumann Co.*, _ F.3d _, 2006 WL 688797 (Fed. Cir. Mar. 20, 2006).

3.     **Exhibit B** to this declaration is a true and accurate copy of the recent decision *On Demand Mach. Corp. v. Ingram Indus., Inc.*, No. 05-1074, slip op. (Fed. Cir. Mar. 31, 2006).

4.     **Exhibit C** to this declaration is a true and accurate copy of selected pages from the rough transcript of the March 9, 2006 Markman Hearing.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.  Executed the 30[1h] day of March 2006, in Los Angeles, California.

_____//s//  Mark C. Scarsi_____
Mark C. Scarsi

LA2:789438.1

- 1 -

SCARSI DECL. ISO DEFENDANTS' RESP.
SUPP. MARKMAN BRIEF
M:05-CV-01654 JF