1

2                                                              **E-Filed 6/1/06**

3

4

5

6

7

8                              NOT FOR CITATION

9             **IN THE UNITED STATES DISTRICT COURT**

              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                            **SAN JOSE DIVISION**

11

12   IN RE COMPRESSION LABS, INC., PATENT        Case Numbers  M: C 05-01654 JF (RS)
     LITIGATION                                              C 05-01567 JF (RS)
13

14   ─────────────────────────────────

15   MICROSOFT CORPORATION,
                                                 ORDER RE ACTION OF THE
16                      Plaintiff,               UNITED STATES PATENT AND
                                                 TRADEMARK OFFICE IN EX
17          v.                                   PARTE REEXAMINATION

18   COMPRESSION LABS, INC., et al.,

19                      Defendants.

20

21          On March 9, 2006, the Court held a hearing for the purpose of construing key disputed

22   terms in the claims of United States Patents No. 4,698,672 ("the '672 patent"), and the claim

23   construction order currently is under submission.  On May 25, 2006, the United States Patent and

24   Trademark Office ("USPTO") issued an "Office Action in Ex Parte Reexamination" with respect

25   to the '672 patent.  The action, while not final, rejects nineteen claims of the '672 patent,

26   including five claims that are central to the claim construction presently under submission with

27   this Court.  Accordingly, the Court is considering whether to withhold issuance of a claim

28

1  construction order and stay the instant action pending final action by the USPTO.  The parties

2  may submit letter briefs, not to exceed three (3) pages in length, addressing the appropriateness

3  of such an approach on or before June 7, 2006.

4         IT IS SO ORDERED.

5

6  DATED:  June 1, 2006

7

8                                                    _____

9                                                    JEREMY FOGEL
                                                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1   This Order has been served upon the following persons:

2   John Allcock              JAllcock@graycary.com, lwatts@graycary.com

3   Amr O. Aly                amr.aly@wilmerhale.com,

4   Morton Amster             mamster@arelaw.com,

5   Bryan K. Anderson         bkanderson@sidley.com, grodriguez@sidley.com;
                              sjprobst@sidley.com
6
    William L. Anthony, Jr    wanthony@orrick.com, lbrim@orrick.com
7
    James R. Batchelder       jbatchelder@daycasebeer.com
8
    Robert John Benson        RJBenson@hhlaw.com
9
    Kenneth Martin Bernstein  kbernstein@arelaw.com,
10
    David A. Boag             dboag@arelaw.com
11
    David C. Bohrer           dbohrer@morganlewis.com, giyer@morganlewis.com;
12                            elizabeth.kim@morganlewis.com

13  Monte M. Bond             mbond@godwinpappas.com, tsankey@godwinpappas.com;
                              knevill@godwinpappas.com; twight@godwinpappas.com;
14                            crourk@godwinpappas.com; mmclemore@godwinpappas.com

15  James Patrick Bradley     jbradley@sidley.com, sstennett@sidley.com

16  Henry C. Bunsow           bunsowh@howrey.com, lim@howrey.com

17  Nicholas M. Cannella      ncannella@fchs.com

18  Joseph M. Casino          jcasino@arelaw.com,

19  Richard A. Cederoth       rcederoth@sidley.com, rcederot@sidley.com;
                              bdipasqu@sidley.com
20
    Christopher E. Chalsen    cchalsen@milbank.com, vguevara@milbank.com
21
    Michelle Lynn Davidson    MDavidson@omm.com, swhite@omm.com
22
    Lloyd R. Day, Jr          daylr@daycasebeer.com
23
    Denise M. De Mory         demoryd@howrey.com, kasenenkop@howrey.com;
24                            crunkt@howrey.com

25  Martin H. Dodd            martin@dfdlaw.com

26  Jamie L. Dupree           jdupree@dfdlaw.com

27  Mark D. Flanagan          mflanagan@wsgr.com

28
                              3

| 1 | Lauren B. Fletcher | lauren.fletcher@wilmerhale.com, |
|---|---|---|
| 2 | Michael A. Futterman | mfutterman@dfdlaw.com |
| 3 | Brandy Jennifer Glad | jglad@omm.com, lrich@omm.com |
| 4 | Perry M. Goldberg | pgoldberg@irell.com, |
| 5 | Edmund Lee Haag, III | lhaag@fulbright.com, lzoldan@fulbright.com |
| 6 | David W. Hansen | dhansen@skadden.com, dhill@skadden.com |
| 7 | Donald R. Harris | dharris@jenner.com, |
| 8 | Robert T. Haslam | Robert.Haslam@hellerehrman.com, christine.chen@hellerehrman.com; kurt.kjelland@hellerehrman.com; yvonne.somek@hellerehrman.com |
| 10 | Scott W. Hejny | shejny@sidley.com, kcollins@sidley.com |
| 11 | Donna Hill | dwhill@skadden.com, vwang@skadden.com |
| 12 | John M. Hintz | john.hitz@wilmerhale.com, |
| 13 | Adam Hoffman | ahoffman@irell.com, |
| 14 | Michael J. Holston | mholston@morganlewis.com, |
| 15 | Eric Nord Hoover | ehoover@morganfinnegan.com, |
| 16 | Keith R Hummel | khummel@cravath.com, managing_attorneys_office@cravath.com; abhoumik@cravath.com; lbuterman@cravath.com; ilampl@cravath.com |
| 19 | Sten Anker Jensen, Esq | sajensen@hhlaw.com |
| 20 | James A. Jorgensen | jjorgensen@wmalaw.com, sgraham@wmalaw.com |
| 21 | Paul Robert Juhasz | pjuhasz@wmalaw.com, mpaul@wmalaw.com |
| 22 | Abraham Kasdan | akasdan@arelaw.com |
| 23 | Eric Joseph Klein | eklein@godwingruber.com, sspradlin@godwingruber.com |
| 24 | Alyssa T. Koo | alyssa.koo@hellerehrman.com |
| 25 | John W. Kozak | jkozak@leydig.com |
| 26 | Vivian S. Kuo | kuov@howrey.com, chased@howrey.com |
| 27 | Todd E. Landis | tlandis@godwingruber.com, bnoriega@godwingruber.com |
| 28 | | |

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER RE ACTION OF THE UNITED STATES PATENT AND TRADEMARK OFFICE IN EX PARTE REEXAMINATION
(JFLC1)

| 1 | Kristoffer Leftwich | kleftwich@sidley.com, pjackman@sidley.com |
| 2 | Douglas I. Lewis | dilewis@sidley.com |
| 3 | Stuart Lubitz | slubitz@hhlaw.com, |
| 4 | Martin F. Majestic | MMajestic@hansonbridgett.com, IPFilings@hansonbridgett.com |
| 5 | Steven R. Manchester | srman@gatespeed.com |
| 6 | Richard S. Mandaro | rmandaro@arelaw.com, rmandaro@optonline.net; dgoldberg@arelaw.com; litdoc@arelaw.com |
| 7 8 | Daniel W. McDonald | dmcdonald@merchant-gould.com, vhanson@merchant-gould.com |
| 9 | Stephen E. Morrissey | smorrissey@susmangodfrey.com, hdanielson@susmangodfrey.com |
| 10 | Michael Martin Murray | MMurray@milbank.com, smarino@milbank.com |
| 11 | Tibor L. Nagy | tnagy@susmangodfrey.com, pwallace@susmangodfrey.com |
| 12 13 | Susan Garell O'Neill | soneill@hansonbridgett.com, lbucsit@hansonbridgett.com; cagnost@hansonbridgett.com; calendarclerk@hansonbridgett.com; bswenson@hansonbridgett.com |
| 14 | Steven P. Petersen | spetersen@leydig.com, |
| 15 16 | Amy E. Pizzutillo | apizzutillo@morganlewis.com, scorson@morganlewis.com; bmccoy@morganlewis.com; kpackel@morganlewis.com; mdunglinson@wmalaw.com |
| 17 | Andrew Paul Price | aprice@fulbright.com, tmoon@fulbright.com |
| 18 | David T. Pritikin | dpritikin@sidley.com |
| 19 | H. Kenneth Prol | kprol@velaw.com, areiley@velaw.com; smendoza@velaw.com |
| 20 | George A. Riley | griley@omm.com, mhendersen@omm.com |
| 21 | Edgar G. Sargent | esargent@susmangodfrey.com, |
| 22 | Mark Christopher Scarsi | mscarsi@omm.com, |
| 23 | John F. Schultz | john.schultz@morganlewis.com, jminio@morganlewis.com |
| 24 | Willem G. Schuurman | bschuurman@velaw.com |
| 25 | Barry Kenneth Shelton | shelton@fr.com, tipton@fr.com; pickett@fr.com; marlow@fr.com |
| 26 | Seungtaik Michael Song | msong@wsgr.com |
| 27 | Stephen D. Susman | ssusman@susmangodfrey.com, ddefranco@susmangodfrey.com |
| 28 | | |

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER RE ACTION OF THE UNITED STATES PATENT AND TRADEMARK OFFICE IN EX PARTE REEXAMINATION
(JFLC1)

| | | |
|---|---|---|
| 1 | Thomas N Tarnay | ttarnay@sidley.com, jburris@sidley.com |
| 2 | Eric S. Tautfest | etautfest@godwingruber.com, etautfest@yahoo.com |
| 3 | Brooke Taylor | btaylor@susmangodfrey.com, shoutstra@susmangodfrey.com |
| 4 | Max Lalon Tribble, Jr | mtribble@susmangodfrey.com, kallen@susmangodfrey.com |
| 5 | Terrence Joseph Truax | ttruax@jenner.com |
| 6 | Kaiwen Tseng | ktseng@orrick.com, hlee@orrick.com |
| 7 | Bart Edward Volkmer, Esq | bvolkmer@wsgr.com |
| 8 | Bruce Hilton Watrous, Jr | bwatrous@graycary.com, |
| 9 | David B. Weaver | dweaver@velaw.com, zamason@velaw.com |
| 10 | Garner K. Weng | gweng@hansonbridgett.com, lbucsit@hansonbridgett.com; |
| 11 | | calendarclerk@hansonbridgett.com; mmajestic@hansonbridgett.com; soneill@hansonbridgett.com; cagnost@hansonbridgett.com |
| 12 | | |
| 13 | Shelley K. Wessels | swessels@wesselslaw.biz |
| 14 | Michael Patrick Wickey | mwickey@hewm.com, |
| 15 | Danny L. Williams | danny@wmalaw.com, mpaul@wmalaw.com; mdunglinson@wmalaw.com |
| 16 | Rowena Y. Young | ryoung@orrick.com, aako-nai@orrick.com; sschultz@orrick.com; jcalderon@orrick.com; cwilkes@orrick.com |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER RE ACTION OF THE UNITED STATES PATENT AND TRADEMARK OFFICE IN EX PARTE
REEXAMINATION
(JFLC1)