**E-Filed 6/9/06**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | Case Numbers  M: C 05-01654 JF (RS)<br>C 05-01567 JF (RS) |
| MICROSOFT CORPORATION,<br>            Plaintiff,<br>     v.<br>COMPRESSION LABS, INC., et al.,<br>            Defendants. | ORDER RE STAY |

    In light of the recent non-final action of the United States Patent and Trademark Office ("USPTO") that rejects nineteen claims of the '672 patent, including five claims that are central to the claim construction presently under submission with this Court, this Court requested letter briefing addressing the appropriateness of the Court withholding issuance of a claim construction order and staying the instant action pending final action by the USPTO. On June 7, 2006, counsel submitted a letter brief on behalf of all parties stating that, considering the time and resources that have been devoted towards the claim construction, they believe that a stay is not appropriate at this time. Accordingly, the Court will not stay the instant action at this time.

1  However, considering that the USPTO's recent action indicates that the USPTO is proceeding
2  expeditiously and that there is at least a strong possibility that the claims central to the instant
3  dispute will be rejected, the Court may consider staying the action again at a later time. The
4  parties shall notify the Court of future actions by the USPTO with respect to the '672 patent.
5      IT IS SO ORDERED.

7  DATED: June 8, 2006

10      JEREMY FOGEL
    United States District Judge

1 This Order has been served upon the following persons:

| # | Name | Email |
|---|---|---|
| 2 | John Allcock | JAllcock@graycary.com, lwatts@graycary.com |
| 3 | Amr O. Aly | amr.aly@wilmerhale.com, |
| 4 | Morton Amster | mamster@arelaw.com, |
| 5 | Bryan K. Anderson | bkanderson@sidley.com, grodriguez@sidley.com; sjprobst@sidley.com |
| 6 | William L. Anthony, Jr | wanthony@orrick.com, lbrim@orrick.com |
| 7 | James R. Batchelder | jbatchelder@daycasebeer.com |
| 8 | Robert John Benson | RJBenson@hhlaw.com |
| 9 | Kenneth Martin Bernstein | kbernstein@arelaw.com, |
| 10 | David A. Boag | dboag@arelaw.com |
| 11 | David C. Bohrer | dbohrer@morganlewis.com, giyer@morganlewis.com; elizabeth.kim@morganlewis.com |
| 12 | Monte M. Bond | mbond@godwinpappas.com, tsankey@godwinpappas.com; knevill@godwinpappas.com; twight@godwinpappas.com; crourk@godwinpappas.com; mmclemore@godwinpappas.com |
| 13 | James Patrick Bradley | jbradley@sidley.com, sstennett@sidley.com |
| 14 | Henry C. Bunsow | bunsowh@howrey.com, lim@howrey.com |
| 15 | Nicholas M. Cannella | ncannela@fchs.com |
| 16 | Joseph M. Casino | jcasino@arelaw.com, |
| 17 | Richard A. Cederoth | rcederoth@sidley.com, rcederot@sidley.com; bdipasqu@sidley.com |
| 18 | Christopher E. Chalsen | cchalsen@milbank.com, vguevara@milbank.com |
| 19 | Michelle Lynn Davidson | MDavidson@omm.com, swhite@omm.com |
| 20 | Lloyd R. Day, Jr | daylr@daycasebeer.com |
| 21 | Denise M. De Mory | demoryd@howrey.com, kasenenkop@howrey.com; crunkt@howrey.com |
| 22 | Martin H. Dodd | martin@dfdlaw.com |
| 23 | Jamie L. Dupree | jdupree@dfdlaw.com |
| 24 | Mark D. Flanagan | mflanagan@wsgr.com |
| 25 | Lauren B. Fletcher | lauren.fletcher@wilmerhale.com, |

3

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER RE STAY
(JFLC1)

| | | |
|---|---|---|
| 1 | Michael A. Futterman | mfutterman@dfdlaw.com |
| 2 | Brandy Jennifer Glad | jglad@omm.com, lrich@omm.com |
| 3 | Perry M. Goldberg | pgoldberg@irell.com, |
| 4 | Edmund Lee Haag, III | lhaag@fulbright.com, lzoldan@fulbright.com |
| 5 | David W. Hansen | dhansen@skadden.com, dhill@skadden.com |
| 6 | Donald R. Harris | dharris@jenner.com, |
| 7 | Robert T. Haslam | Robert.Haslam@hellerehrman.com, christine.chen@hellerehrman.com; kurt.kjelland@hellerehrman.com; yvonne.somek@hellerehrman.com |
| 9 | Scott W. Hejny | shejny@sidley.com, kcollins@sidley.com |
| 10 | Donna Hill | dwhill@skadden.com, vwang@skadden.com |
| 11 | John M. Hintz | john.hitz@wilmerhale.com, |
| 12 | Adam Hoffman | ahoffman@irell.com, |
| 13 | Michael J. Holston | mholston@morganlewis.com, |
| 14 | Eric Nord Hoover | ehoover@morganfinnegan.com, |
| 15 | Keith R Hummel | khummel@cravath.com, managing_attorneys_office@cravath.com; abhoumik@cravath.com; lbuterman@cravath.com; ilampl@cravath.com |
| 18 | Sten Anker Jensen, Esq | sajensen@hhlaw.com |
| 19 | James A. Jorgensen | jjorgensen@wmalaw.com, sgraham@wmalaw.com |
| 20 | Paul Robert Juhasz | pjuhasz@wmalaw.com, mpaul@wmalaw.com |
| 21 | Abraham Kasdan | akasdan@arelaw.com |
| 22 | Eric Joseph Klein | eklein@godwingruber.com, sspradlin@godwingruber.com |
| 23 | Alyssa T. Koo | alyssa.koo@hellerehrman.com |
| 24 | John W. Kozak | jkozak@leydig.com |
| 25 | Vivian S. Kuo | kuov@howrey.com, chased@howrey.com |
| 26 | Todd E. Landis | tlandis@godwingruber.com, bnoriega@godwingruber.com |
| 27 | Kristoffer Leftwich | kleftwich@sidley.com, pjackman@sidley.com |
| 28 | Douglas I. Lewis | dilewis@sidley.com |

| | | |
|---|---|---|
| 1 | Stuart Lubitz | slubitz@hhlaw.com, |
| 2 | Martin F. Majestic | MMajestic@hansonbridgett.com, IPFilings@hansonbridgett.com |
| 3 | Steven R. Manchester | srman@gatespeed.com |
| 4 | Richard S. Mandaro | rmandaro@arelaw.com, rmandaro@optonline.net; dgoldberg@arelaw.com; litdoc@arelaw.com |
| 5 | Daniel W. McDonald | dmcdonald@merchant-gould.com, vhanson@merchant-gould.com |
| 6 | Stephen E. Morrissey | smorrissey@susmangodfrey.com, hdanielson@susmangodfrey.com |
| 7 | | |
| 8 | Michael Martin Murray | MMurray@milbank.com, smarino@milbank.com |
| 9 | Tibor L. Nagy | tnagy@susmangodfrey.com, pwallace@susmangodfrey.com |
| 10 | Susan Garell O'Neill | soneill@hansonbridgett.com, lbucsit@hansonbridgett.com; cagnost@hansonbridgett.com; calendarclerk@hansonbridgett.com; bswenson@hansonbridgett.com |
| 11 | | |
| 12 | Steven P. Petersen | spetersen@leydig.com, |
| 13 | Amy E. Pizzutillo | apizzutillo@morganlewis.com, scorson@morganlewis.com; bmccoy@morganlewis.com; kpackel@morganlewis.com; mdunglinson@wmalaw.com |
| 14 | | |
| 15 | Andrew Paul Price | aprice@fulbright.com, tmoon@fulbright.com |
| 16 | David T. Pritikin | dpritikin@sidley.com |
| 17 | H. Kenneth Prol | kprol@velaw.com, areiley@velaw.com; smendoza@velaw.com |
| 18 | George A. Riley | griley@omm.com, mhendersen@omm.com |
| 19 | Edgar G. Sargent | esargent@susmangodfrey.com, |
| 20 | Mark Christopher Scarsi | mscarsi@omm.com, |
| 21 | John F. Schultz | john.schultz@morganlewis.com, jminio@morganlewis.com |
| 22 | Willem G. Schuurman | bschuurman@velaw.com |
| 23 | Barry Kenneth Shelton | shelton@fr.com, tipton@fr.com; pickett@fr.com; marlow@fr.com |
| 24 | Seungtaik Michael Song | msong@wsgr.com |
| 25 | Stephen D. Susman | ssusman@susmangodfrey.com, ddefranco@susmangodfrey.com |
| 26 | Thomas N Tarnay | ttarnay@sidley.com, jburris@sidley.com |
| 27 | Eric S. Tautfest | etautfest@godwingruber.com, etautfest@yahoo.com |
| 28 | Brooke Taylor | btaylor@susmangodfrey.com, shoutstra@susmangodfrey.com |

5

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER RE STAY
(JFLC1)

| # | Name | Email |
|---|------|-------|
| 1 | Max Lalon Tribble, Jr | mtribble@susmangodfrey.com, lmartin@susmangodfrey.com |
| 2 | Terrence Joseph Truax | ttruax@jenner.com |
| 3 | Kaiwen Tseng | ktseng@orrick.com, hlee@orrick.com |
| 4 | Bart Edward Volkmer, Esq | bvolkmer@wsgr.com |
| 5 | Bruce Hilton Watrous, Jr | bwatrous@graycary.com, |
| 6 | David B. Weaver | dweaver@velaw.com, zamason@velaw.com |
| 7-9 | Garner K. Weng | gweng@hansonbridgett.com, lbucsit@hansonbridgett.com; calendarclerk@hansonbridgett.com; mmajestic@hansonbridgett.com; soneill@hansonbridgett.com; cagnost@hansonbridgett.com |
| 10 | Shelley K. Wessels | swessels@wesselslaw.biz |
| 11 | Michael Patrick Wickey | mwickey@hewm.com, |
| 12 | Danny L. Williams | danny@wmalaw.com, mpaul@wmalaw.com; mdunglinson@wmalaw.com |
| 13 | Rowena Y. Young | ryoung@orrick.com, aako-nai@orrick.com; sschultz@orrick.com; jcalderon@orrick.com; cwilkes@orrick.com |