**E-Filed 6/28/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION | Case Numbers  M: C 05-01654 JF (RS)<br>C 05-01567 JF (RS) |
| MICROSOFT CORPORATION,<br>                  Plaintiff,<br>v.<br>COMPRESSION LABS, INC., et al.,<br>                  Defendants. | ORDER SETTING CASE MANAGEMENT CONFERENCE |

      In light of the Court's order construing the claims of United States Patent No. 4,698,672 and the pending reexamination of the patent by the United States Patent and Trademark Office, the Court hereby sets a Case Management Conference in the above-entitled actions for Friday, July 21, 2006 at 11:00 for the purpose of discussing further proceedings in the case, including anticipated motions.

      Counsel are not required to file a written statement in advance of the Case Management Conference. Counsel may appear telephonically; arrangements may be made through the Court's judicial assistant, Teresa Fleishman, at (408) 535-5426.

1  DATED: June 28, 2006

                                                         _____
                                                         JEREMY FOGEL
                                                         United States District Judge

2

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER SETTING CASE MANAGEMENT CONFERENCE
(JFLC1)

1  This Order has been served upon the following persons:

| # | Name | Email |
|---|------|-------|
| 2 | John Allcock | JAllcock@graycary.com, lwatts@graycary.com |
| 3 | Amr O. Aly | amr.aly@wilmerhale.com, |
| 4 | Morton Amster | mamster@arelaw.com, |
| 5 | Bryan K. Anderson | bkanderson@sidley.com, grodriguez@sidley.com; sjprobst@sidley.com |
| 6 | William L. Anthony, Jr | wanthony@orrick.com, lbrim@orrick.com |
| 7 | James R. Batchelder | jbatchelder@daycasebeer.com |
| 8 | Robert John Benson | RJBenson@hhlaw.com |
| 9 | Kenneth Martin Bernstein | kbernstein@arelaw.com, |
| 10 | David A. Boag | dboag@arelaw.com |
| 11-12 | David C. Bohrer | dbohrer@morganlewis.com, giyer@morganlewis.com; elizabeth.kim@morganlewis.com |
| 13-14 | Monte M. Bond | mbond@godwinpappas.com, tsankey@godwinpappas.com; knevill@godwinpappas.com; twight@godwinpappas.com; crourk@godwinpappas.com; mmclemore@godwinpappas.com |
| 15 | James Patrick Bradley | jbradley@sidley.com, sstennett@sidley.com |
| 16 | Henry C. Bunsow | bunsowh@howrey.com, lim@howrey.com |
| 17 | Nicholas M. Cannella | ncannela@fchs.com |
| 18 | Joseph M. Casino | jcasino@arelaw.com, |
| 19-20 | Richard A. Cederoth | rcederoth@sidley.com, rcederot@sidley.com; bdipasqu@sidley.com |
| 21 | Christopher E. Chalsen | cchalsen@milbank.com, vguevara@milbank.com |
| 22 | Michelle Lynn Davidson | MDavidson@omm.com, swhite@omm.com |
| 23 | Lloyd R. Day, Jr | daylr@daycasebeer.com |
| 24 | Denise M. De Mory | demoryd@howrey.com, kasenenkop@howrey.com; crunkt@howrey.com |
| 25 | Martin H. Dodd | martin@dfdlaw.com |
| 26 | Jamie L. Dupree | jdupree@dfdlaw.com |
| 27 | Mark D. Flanagan | mflanagan@wsgr.com |
| 28 | Lauren B. Fletcher | lauren.fletcher@wilmerhale.com, |

3

| | | |
|---|---|---|
| 1 | Michael A. Futterman | mfutterman@dfdlaw.com |
| 2 | Brandy Jennifer Glad | jglad@omm.com, lrich@omm.com |
| 3 | Perry M. Goldberg | pgoldberg@irell.com, |
| 4 | Edmund Lee Haag, III | lhaag@fulbright.com, lzoldan@fulbright.com |
| 5 | David W. Hansen | dhansen@skadden.com, dhill@skadden.com |
| 6 | Donald R. Harris | dharris@jenner.com, |
| 7 | Robert T. Haslam | Robert.Haslam@hellerehrman.com, christine.chen@hellerehrman.com; kurt.kjelland@hellerehrman.com; yvonne.somek@hellerehrman.com |
| 10 | Scott W. Hejny | shejny@sidley.com, kcollins@sidley.com |
| 11 | Donna Hill | dwhill@skadden.com, vwang@skadden.com |
| 12 | John M. Hintz | john.hitz@wilmerhale.com, |
| 13 | Adam Hoffman | ahoffman@irell.com, |
| 14 | Michael J. Holston | mholston@morganlewis.com, |
| 15 | Eric Nord Hoover | ehoover@morganfinnegan.com, |
| 16 | Keith R Hummel | khummel@cravath.com, managing_attorneys_office@cravath.com; abhoumik@cravath.com; lbuterman@cravath.com; ilampl@cravath.com |
| 18 | Sten Anker Jensen, Esq | sajensen@hhlaw.com |
| 19 | James A. Jorgensen | jjorgensen@wmalaw.com, sgraham@wmalaw.com |
| 20 | Paul Robert Juhasz | pjuhasz@wmalaw.com, mpaul@wmalaw.com |
| 21 | Abraham Kasdan | akasdan@arelaw.com |
| 22 | Eric Joseph Klein | eklein@godwingruber.com, sspradlin@godwingruber.com |
| 23 | Alyssa T. Koo | alyssa.koo@hellerehrman.com |
| 24 | John W. Kozak | jkozak@leydig.com |
| 25 | Vivian S. Kuo | kuov@howrey.com, chased@howrey.com |
| 26 | Todd E. Landis | tlandis@godwingruber.com, bnoriega@godwingruber.com |
| 27 | Kristoffer Leftwich | kleftwich@sidley.com, pjackman@sidley.com |
| 28 | Douglas I. Lewis | dilewis@sidley.com |

| | | |
|---|---|---|
| 1 | Stuart Lubitz | slubitz@hhlaw.com, |
| 2 | Martin F. Majestic | MMajestic@hansonbridgett.com, IPFilings@hansonbridgett.com |
| 3 | Steven R. Manchester | srman@gatespeed.com |
| 4 | Richard S. Mandaro | rmandaro@arelaw.com, rmandaro@optonline.net; dgoldberg@arelaw.com; litdoc@arelaw.com |
| 5 | Daniel W. McDonald | dmcdonald@merchant-gould.com, vhanson@merchant-gould.com |
| 6 | Stephen E. Morrissey | smorrissey@susmangodfrey.com, hdanielson@susmangodfrey.com |
| 7 | | |
| 8 | Michael Martin Murray | MMurray@milbank.com, smarino@milbank.com |
| 9 | Tibor L. Nagy | tnagy@susmangodfrey.com, pwallace@susmangodfrey.com |
| 10 | Susan Garell O'Neill | soneill@hansonbridgett.com, lbucsit@hansonbridgett.com; cagnost@hansonbridgett.com; calendarclerk@hansonbridgett.com; bswenson@hansonbridgett.com |
| 11 | | |
| 12 | Steven P. Petersen | spetersen@leydig.com, |
| 13 | Amy E. Pizzutillo | apizzutillo@morganlewis.com, scorson@morganlewis.com; bmccoy@morganlewis.com; kpackel@morganlewis.com; mdunglinson@wmalaw.com |
| 14 | | |
| 15 | Andrew Paul Price | aprice@fulbright.com, tmoon@fulbright.com |
| 16 | David T. Pritikin | dpritikin@sidley.com |
| 17 | H. Kenneth Prol | kprol@velaw.com, areiley@velaw.com; smendoza@velaw.com |
| 18 | George A. Riley | griley@omm.com, mhendersen@omm.com |
| 19 | Edgar G. Sargent | esargent@susmangodfrey.com, |
| 20 | Mark Christopher Scarsi | mscarsi@omm.com, |
| 21 | John F. Schultz | john.schultz@morganlewis.com, jminio@morganlewis.com |
| 22 | Willem G. Schuurman | bschuurman@velaw.com |
| 23 | Barry Kenneth Shelton | shelton@fr.com, tipton@fr.com; pickett@fr.com; marlow@fr.com |
| 24 | Seungtaik Michael Song | msong@wsgr.com |
| 25 | Stephen D. Susman | ssusman@susmangodfrey.com, ddefranco@susmangodfrey.com |
| 26 | Thomas N Tarnay | ttarnay@sidley.com, jburris@sidley.com |
| 27 | Eric S. Tautfest | etautfest@godwingruber.com, etautfest@yahoo.com |
| 28 | Brooke Taylor | btaylor@susmangodfrey.com, shoutstra@susmangodfrey.com |

| | | |
|---|---|---|
| 1 | | |
| 2 | Max Lalon Tribble, Jr | mtribble@susmangodfrey.com, lmartin@susmangodfrey.com |
| 3 | Terrence Joseph Truax | ttruax@jenner.com |
| 4 | Kaiwen Tseng | ktseng@orrick.com, hlee@orrick.com |
| 5 | Bart Edward Volkmer, Esq | bvolkmer@wsgr.com |
| 6 | Bruce Hilton Watrous, Jr | bwatrous@graycary.com, |
| 7 | David B. Weaver | dweaver@velaw.com, zamason@velaw.com |
| 8 9 | Garner K. Weng | gweng@hansonbridgett.com, lbucsit@hansonbridgett.com; calendarclerk@hansonbridgett.com; mmajestic@hansonbridgett.com; soneill@hansonbridgett.com; cagnost@hansonbridgett.com |
| 10 | Shelley K. Wessels | swessels@wesselslaw.biz |
| 11 | Michael Patrick Wickey | mwickey@hewm.com, |
| 12 13 | Danny L. Williams | danny@wmalaw.com, mpaul@wmalaw.com; mdunglinson@wmalaw.com |
| 14 | Robert T. Wittmann | bwittmann@leydig.com |
| 15 | Rowena Y. Young | ryoung@orrick.com, aako-nai@orrick.com; mtrinh@orrick.com; jcalderon@orrick.com; cwilkes@orrick.com |

6

Case No. M: C 05-01654 JF (RS) and C 05-01567 JF (RS)
ORDER SETTING CASE MANAGEMENT CONFERENCE
(JFLC1)