# SUSMAN GODFREY L.L.P.
A REGISTERED LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW
8TH FLOOR
590 MADISON AVENUE
NEW YORK, NEW YORK 10022-8521
WWW.SUSMANGODFREY.COM



E-FILED

MAR 08 2007

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

SUITE 5100
901 MAIN STREET
DALLAS, TEXAS 75202-3775
(214) 754-1900

SUITE 950
1901 AVENUE OF THE STARS
LOS ANGELES, CALIFORNIA 90067-6029
(310) 789-3100

SUITE 3800
1201 THIRD AVENUE
SEATTLE, WASHINGTON 98101-3000
(206) 516-3880

SUITE 5100
1000 LOUISIANA STREET
HOUSTON, TEXAS 77002-5096
(713) 651-9366

TIBOR L. NAGY
DIRECT DIAL (212) 336-8332

DIRECT DIAL FAX (212) 336-8340
E-MAIL TNAGY@SUSMANGODFREY.COM

*Via Fax*                                                                 8 March 2007

Re:   *In re Compression Labs, Inc. Patent Litigation*, M:05-cv-1654-JF

Dear Judge Fogel:

The parties are continuing to work on fully completing the settlement process. At this time, the parties believe there is no further need for court involvement in this matter. The parties have conferred with the Court's calendaring clerk and understand that this Friday's scheduling conference has been reset to 1 June 2007. The parties believe this matter will be fully resolved before that time.

Sincerely,

Tibor L. Nagy
Attorney for Plaintiffs


Cc: David Weaver (liaison counsel for Defendants)